**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Evan and Avi Schottenstein,

                Plaintiffs,

     vs.

Cathryn Rebecca Schottenstein-Pattap

             Defendant.

CASE NO. 1:23-cv-20604

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiffs Evan and Avi Schottenstein, through their attorneys, bring this Complaint against Defendant Cathryn Rebecca Schottenstein-Pattap ("Cathy") for defamation, intentional infliction of emotional distress, and violations of the Copyright Act of 1976.

## I.  INTRODUCTION

1.  A wolf in sheep's clothing. For years, Cathy presented herself as a caring and loving cousin to Evan and Avi Schottenstein. She repeatedly professed to be helping them and having their best interests in heart. In reality, Cathy has spent the last several years lying about Evan and Avi to their common grandmother (Beverley Schottenstein) to persuade Beverley to write Evan and Avi out of her will and end her relationship with them. Destroying Evan and Avi's relationship with their grandmother allowed Cathy to receive lavish gifts and gain a stronger foothold on Beverley's money.

2.  For years, Cathy presented herself as a caring and dutiful granddaughter to Beverley Schottenstein. She repeatedly professed wanting to help and care for Beverley as her mental state and acuity deteriorated. In reality, Cathy has spent the last several years lying to Beverley about her children and grandchildren, including lying about Evan, Avi, and their parents. Cathy has

1

manipulated her grandmother into buying Cathy lavish property in Miami and conning her way to more money.

3.      For years, Cathy presented herself to news and media organizations as a reliable source of information about her family and her grandmother's affairs. She has told news and media organizations that she can provide them the scoop on how she stopped her cousins (Evan and Avi) from stealing from their grandmother. A scoop built on lies. In reality, Cathy fabricated a story about her cousins to manipulate her grandmother (Beverley) and has been selling that fabricated story. Cathy has conned news and media organizations into providing her free publicity.

4.      For years, Cathy presented herself to the public as a fierce and noble crusader for her grandmother (Beverley). Cathy has published stories and articles chronicling her role in stopping her cousins (Evan and Avi) from abusing their grandmother. Again, all lies. In reality, Cathy has published and republished dozens of false, defamatory statements about Evan and Avi to make herself appear as something she is not. Cathy is a crusader for Cathy only. She has spent the last two years lying about Evan and Avi because those lies make her look good.

5.      Cathy has turned lying about Evan and Avi into her fulltime job. She lies about them to her grandmother. She lies about them to news and media organizations. She lies about them on her social media sites. And, now, it appears that she has conned BenBella Books and HBO into serving as the latest vehicles to spread her lies. Both have announced plans to publish Cathy's fabricated story about Evan and Avi. Cathy is not what she appears. She is a wolf in sheep's clothing.

6.      With this action, Evan and Avi seek to unmask Cathy and put an end to her lies. Cathy cannot be allowed to continue to destroy Evan and Avi's lives for her own fame and fortune. There is a story here. A story that news and media organization may want to tell. But it is not the

one Cathy has been selling. This is a story of a woman who destroyed her cousins to get her hands on her grandmother's money. A woman who used lies to deceive a family matriarch. It is a sad and tragic story, especially for her victims.

## II.    PARTIES

7.      Plaintiff Evan Schottenstein (Evan) is a New York resident.  Evan graduated from Yeshiva University with a degree in finance. He worked at Citigroup/Morgan Stanley Smith Barney (Citigroup) and later J.P. Morgan. While at Citigroup, his grandmother, Beverley Schottenstein, retained him to manage a significant portion of the wealth she inherited from her late husband. He continued to manage her money while at J.P. Morgan.

8.      Plaintiff Avi Schottenstein (Avi) is a California resident. Avi graduated from Yeshiva University with a degree in business and management. Avi eventually joined his brother, Evan, at J.P. Morgan as part of Evan's team. However, Avi was not Beverley's financial advisor. He did not provide investment-related advice to Beverley or make investment decisions relating to her account. Instead, Avi worked in an administrative role.

9.      For most of their lives, Evan and Avi had a close and special relationship with their grandmother, Beverley. They visited their grandmother frequently and spoke with her on a regular basis. As Beverley's mental acuity and physical condition declined, Evan, Avi and their parents spent more time caring for Beverley and seeing to her wellbeing. Evan and Avi's parents even moved into the same building as Beverley to help care for her.

10.     Until being thrust into the spotlight by Cathy, Evan and Avi have maintained a low profile. They have not sought out media or public attention. They have not solicited coverage or attempted to influence the outcome of any relevant issues of public concern. Evan and Avi were

private individuals. They were not the subject of any media attention until Cathy used her fabricated story about them to poison their reputations with their grandmother and others.

11.     Defendant Cathryn Rebecca Schottenstein-Pattap (Cathy) is a New Jersey resident and has a second residence in Bal Harbour, Florida. Cathy is one of Evan and Avi's cousins and one of Beverley's granddaughters. Over the years, Cathy grew jealous of the relationship that Evan and Avi had with Beverley, as well as Evan's involvement with managing Beverley's wealth. Cathy's jealously and hunger for fame and fortune drove her to fabricate a story about Evan and Avi stealing from Beverley. Cathy sold that story to news and media organizations and published it herself repeatedly. And, worst of all, she manipulated her grandmother into believing the story too. Cathy preyed on her grandmother's diminished mental capacity and agility. Sadly, it worked.

12.     Non-party Beverley Schottenstein (Beverley) is a resident of Bal Harbour, Florida. Beverley, 96 years old, is the matriarch of the family. She inherited a significant amount of money when her husband passed away. Beverley has four living children and eight grandchildren, including Evan, Avi, and Cathy. She also has five great-grandchildren; Cathy has two children, and Avi has three children. For many years, Beverley was a smart and savvy investor. She enjoyed trading and discussing investments with Evan. But, over the last several years, her mental acuity has declined. That exposed her to manipulation by Cathy and resulted in Beverley believing lies about Evan and Avi.

13.      Non-party Dawn Henry (Dawn) is a resident of Bal Harbour, Florida. Dawn is Beverley's caretaker. On information and belief, Cathy solicited Dawn's assistance with manipulating her grandmother and perpetuating lies about Evan and Avi. Dawn made false and defamatory statements about Evan and Avi to support Cathy's self-interested crusade and, on

information and belief, hoped that she could secure herself a portion of Beverley's wealth. In doing so, Dawn served less the role of caretaker and more the role of assistant manipulator.

14.     Non-party Alexis Schottenstein is one of Beverley's granddaughters and a cousin of Cathy, Evan and Avi. In 2018, Alexis co-conspired with Cathy to manipulate Beverley into believing lies about Evan and Avi to disinherit them. Evan and Avi did not discover this manipulation until they learned that Cathy and Alexis had drafted a document outlining alleged crimes that they falsely claimed Evan and Avi committed against Beverley and her estate. Alexis and Cathy prepared the outline in January 2019 and entitled it, "Outline/Notes of Securities Fraud & Financial Elder Abuse Committed by Evan, Avi and Bobby Schottenstein Against Beverley Schottenstein and her Estate." The outline featured false accusations that Beverley would later adopt in a FINRA complaint, which Cathy convinced her to file against Evan and Avi.

## III.   JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Evan is a resident of New York. Avi is a resident of California. Cathy is a resident of New Jersey. Each of the plaintiffs is a resident/citizen of a different state than the defendant. Moreover, the amount in controversy exceeds $75,000 exclusive of interest and costs. Evan and Avi have each lost in excess of $75,000 in salaries and gifts as a direct result of Cathy's wrongful actions.

16.     The Court also has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367 based on federal question jurisdiction and supplemental jurisdiction. This civil action alleges claims for defamation, intentional infliction of emotion distress, and violations of the Copyright Act of 1976, which form part of the same case or controversy and involve the same facts, witnesses and evidence. Plaintiff Avi Schottenstein is the copyright holder to several works reproduced, published, publicly displayed, distributed copies, and/or used to create derivative works by Cathy.

Those same works accompany defamatory statements made by Cathy about Evan and Avi. Cathy continuously and systematically violated federal copyright law in her pursuits to defame Evan and Avi by exploiting pictures of them.

17.     This Court has personal jurisdiction over Cathy because she: (a) traveled to Bal Harbour, Florida to conduct interviews and gather information for her defamatory works; (b)  traveled to Bal Harbour, Florida to convince Beverley that Evan and Avi had been stealing from her and to alienate her from them; (c) published false and defamatory statements about Evan and Avi to Beverley and Dawn while in Bal Harbour, Florida; (d) published false and defamatory statements about Evan and Avi to Florida-based counsel to cause a lawsuit to be filed against Evan and Avi based on fabricated clams; (e) sent written communications and made phone calls into Florida to Beverley's Florida-based counsel to relay privileged, attorney-client communications Cathy had deceived Evan into divulging pursuant to an agreement she had struck with Beverley's counsel to obtain evidence against Evan and Avi; (f) made defamatory statements about Evan and Avi to Bloomberg while in Bal Harbour, Florida for the purpose of Bloomberg's republication of those defamatory statements; (g) made defamatory statements about Evan and Avi during radio and television interviews while in Bal Harbour, Florida with Beverley; (h) on information and belief, owns a residence in Bal Harbour, Florida bought for her by Beverley—bought for her as a result of her fabricated story about Evan and Avi—and established in a trust under Florida law; and, (i) made her website and linked articles and podcasts available to Florida residents.

18.     Moreover, the Court has personal jurisdiction over Cathy because her wrongful acts had effects in this State and District. Cathy's wrongful acts were targeted towards Evan and Avi as well as their grandmother, Beverley, a resident of Bal Harbour, Florida. Cathy's goals were: to destroy Evan and Avi's relationship with a resident of Bal Harbour, Florida; to manipulate a

resident of Bal Harbour, Florida; to gain possession of money and property from a resident of Bal Harbour, Florida; and to influence the distribution of inheritance from a resident of Bal Harbour, Florida.

19.     Additionally, the Court has personal jurisdiction over Cathy because Cathy's defamatory website and linked articles and podcasts at issue in this case are accessible, have been viewed by individuals in this State and District, and have injured Evan and Avi's reputation with those individuals. Cathy took no steps to limit the distribution of her defamatory statements to a State and District outside this State and District. Cathy chose to make her website available to the general public at no cost, including available to residents of this State and District.

20.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because there is no other district in this State in which this action may be brought, and Cathy is subject to this Court's personal jurisdiction. Venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim asserted herein occurred in or affected this District.

## IV.    BACKGROUND

21.     This is a lawsuit that Evan and Avi never imagined having to bring. They spent most of their lives enjoying a blessed and loving relationship with their grandmother. That relationship was important to Evan, Avi and their parents, so much so that Evan agreed to spend a significant amount of his time helping his grandmother manage her wealth. Evan and Avi never expected, until it was too late, that their own cousin was manipulating their grandmother behind the scenes to destroy that relationship and get them disinherited. Cathy's actions cross the line from innocent "family feud" to actionable misconduct.

**A.      Beverley Schottenstein's Family and Relationship with Evan and Avi**

22.      The Schottensteins are a well-known family in Ohio. Alvin Schottenstein, Beverley's late husband, built a successful retail enterprise with his brothers before his death. Beverley inherited Alvin's estate along with her four children: Robert ("Bobby"); Charles ("Chuck"); Randee; and Gary. Bobby and his wife, Caroline, are parents to Evan and Avi. Chuck is Cathy's father. Randee is Alexis's mother.

23.      For most of their lives, Evan and Avi maintained a fulfilling, loving relationship with Beverley. Evan and Avi grew up in Ohio and visited Beverley frequently. In 2008, Beverley moved to Bal Harbour, Florida. Evan and Avi's parents, Bobby and Caroline, moved into the same condominium building in 2011. Bobby and Caroline sought to stay near Beverley as she aged and needed care. Evan and Avi were frequent visitors to help.

24.      Supporting and maintaining Beverley's estate has been a priority across the family. Cathy's father, Chuck, a non-practicing lawyer, monitored Beverley's financial estate for many years. However, he was not particularly adept at wealth management. Beverley was disappointed in his management of the estate and sought an opportunity to bring in someone else to help her manage the money.

25.      When Evan graduated from college with a finance degree, he started working at Citigroup/Smith Barney. After he gained several years of industry experience, Beverley decided to start moving accounts over for Evan to manage. Beverley was not happy with the service of her advisors at the time, including Chuck, Cathy's father. Beverley believed that Evan could assist her in managing her estate, and it provided her an opportunity to speak more frequently with Evan about investments and investing, which she enjoyed.

26.     Over time, Beverley decided to move more and more assets for Evan to manage. Beverley was happy with Evan's service, their constant communication, and the performance of her accounts. By 2009, Beverley transferred significant assets to Morgan Stanley Smith Barney for Evan to manage on her behalf. Evan's relationship with his grandmother only improved and strengthened as they worked together on her investments.

27.     In 2014, Evan left Morgan Stanley Smith Barney and joined J.P. Morgan. Beverley decided to transfer her assets to J.P. Morgan so Evan could continue to work with her on the management of her investments. During the years that followed, Beverley maintained an active interest in the investments Evan made on her behalf and her portfolio's performance. They were a successful team. Beverley's investment account grew by over $30 million in net profits during the twelve years she worked with Evan.

28.     Before she began declining mentally, Beverley was anything but an uninterested, passive investor. Beverley was a more aggressive investor than others her age.  And, she was more active in the management of her account than others. Beverley and Evan spoke constantly regarding her account and investment opportunities. For example, between March 2014 and November 2018, Beverley and Evan conducted about 2,500 calls, logging over 300 hours. They spoke so often because Beverley enjoyed investing and shared that interest with Evan.

29.     Evan did not receive any special treatment for managing Beverley's account or helping her grow the account so successfully. Evan earned, on average, approximately $263,000 per year (before taxes) during the five years he managed Beverley's account at J.P. Morgan. Evan also waived and discounted commissions on her trading whenever possible. Evan understood the great responsibility in managing Beverley's assets. He took pride in protecting the estate, providing stewardship, and working with his grandmother.

30.     Avi did not provide services for Beverley's account. Avi joined Morgan Stanley, and later J.P. Morgan, while his brother was managing Beverley's account. Avi was part of Evan's team for marketing purposes and had a small revenue share with Evan for three years, but was not involved with Beverley's account. Avi earned, on average, approximately $56,210 per year (before taxes) during the three years he had a small revenue share with Evan.

**B.     Cathy's Destruction of Evan and Avi's Relationship With Beverley**

31.     Jealousy and money motivated Cathy. In 2011, Beverley's life insurance agent suggested that an attorney draft a trust. Beverley met with an estate attorney referred to her by the Morgan Stanley wealth planning center, and that attorney drafted a trust. The trust divided the vast majority of Beverley's estate into equal parts among her children and their heirs. The trust included property assignments and set aside funds for the education of Beverley's future great-grandchildren.

32.     That equal distribution was not good enough for Cathy. For years, Cathy had not had the same relationship with her grandmother as Evan and Avi. Evan and Avi were a more constant presence in their grandmother's life, especially after their parents moved into the same building to help care for Beverley. Moreover, Evan had the additional special relationship with Beverley because of his involvement with managing her money. Cathy wanted what Evan and Avi had.

33.     Unknown to Evan and Avi, starting in 2009 and growing in the years that followed, Cathy had become increasingly resentful of Evan's role as an investment advisor to Beverley. Previously, Cathy's father, Chuck, had controlled one-third of the estate's investments even though he had no formal training and was a non-practicing attorney. Beverley eventually decided that she preferred to have Evan manage the estate's investments because he was an established and licensed

investment advisor, and she was not happy with Chuck's performance. That rubbed Cathy the wrong way. Her father was being replaced.

34.     Moreover, Cathy saw Evan and Avi getting to spend more time with her grandmother. Evan and Avi's parents moved to Bal Harbour to help Beverley as she aged. With their parents close by, Evan and Avi (as well as their parents) were able to have a special relationship with Beverley. They were able to share more and do more with her. But that was not appreciated or celebrated by Cathy. She feared it.

35.     Cathy knew of Beverley's wealth. Cathy knew of Beverley's generosity. On information and belief, Cathy feared that Evan, Avi, and their parents would get special consideration by Beverley when it came to gifts and distribution of her wealth upon her death. Cathy wanted more from her grandmother. Not more time. Not more love. But more money and gifts. Not willing to share, Cathy hatched a plan to ingratiate herself with Beverley by forcing Evan and Avi (and their parents) out of the picture.

36.     Cathy saw her opportunity in the fall 2018 when Beverley was recovering from hip surgery. Hip surgery is no small undertaking, especially at Beverley's age. The surgery put her in a weakened and confused state. She was also beginning to lose some of her mental acuity. These circumstances, unfortunately, made Beverley ripe for manipulation. Unknown to Evan and Avi, during this time, Cathy began telling Beverley that Evan and Avi were stealing from her. She and Alexis also started to take steps to prevent Beverley from communicating with Evan and Avi, so they could not defend themselves from her lies.

37.     On information and belief, Cathy's manipulation of Beverley took place over the course of multiple visits to Beverley in Bal Harbour, as well as phone calls to Beverley in Bal Harbour. Over the course of several months, on information and belief, Cathy told her a series

of lies about Evan and Avi, including telling her that Evan and Avi (a) were using Beverley's credit card for their own benefit, (b) stole jewelry from Beverley's J.P. Morgan Chase safe deposit box, (c) were effectuating self-interested dealings in her estate, and (d) were shredding documents to conceal their misconduct. On information and belief, Cathy also told Beverley that Evan had been managing her estate in unauthorized and inappropriate ways.[1]

38.     They were all lies. Evan never mismanaged Beverley's estate. Beverley was actively involved with investment decisions.  Constant communication was one of the reasons for their special relationship. Moreover, Evan and Avi never used Beverley's credit card for their own benefit, never stole jewelry from Beverley, never effectuated self-interested dealings in her estate, and never shredded documents without Beverley's request and approval. Truth did not matter to Cathy. Claims that would distance Beverley from Evan, Avi and their parents is what mattered.

39.     Cathy, however, was not satisfied with interfering with Evan and Avi's relationship with Beverley. Cathy wanted to strip Evan of his profession and cost him his license. Her vindictiveness and jealousy ran that deep.

40.     Toward the end of 2018, Cathy and Alexis agreed to defame Evan and Avi to Beverley and destroy the relationship between Evan, Avi and Beverley. Cathy and Alexis took over acts in furtherance of their agreement in 2018 and 2019 in person in Florida and through communications into Florida with Beverley.

---

[1] Allegations are made on information and belief because Evan and Avi were not present for the conversations. Discovery from Cathy, Beverley and Dawn is necessary to learn the actual content and specific words used during these conversations. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized these fabricated claims in documents created around this same time period; (2) Cathy repeated the fabricated claims to news and media organizations; (3) Beverley repeated the fabricated claims only after meeting with Cathy; and (4) Beverley would know the claims were fabricated but for being convinced of the opposite by someone.

41.     Upon information and belief, Cathy and Alexis both visited Beverley in Florida in December 2018. At that time, Cathy lied to Beverley about Evan and Avi and manipulated her against them. Evidence of this visit, the agreement between Cathy and Alexis, and Cathy's manipulation is available in plain sight on Cathy's website. Cathy has published a photograph from late 2018 depicting her and Alexis laughing with Beverley, using the caption: "***Nanny, me, and Alexis in Bal Harbour, FL, 2018-a few days before the scandal broke***."



Nanny, me, and Alexis in Bal Harbour, FL, 2018- a few days before the scandal broke

https://cathyschottenstein.com/nanny-and-family-gallery/.

42.     Cathy not only created the "scandal" that embroiled Evan and Avi's lives. She also "broke" it by drafting her outline of "lawyer talking points" in December 2018 and January 2019

with Alexis's assistance. Cathy disseminated the accusations in the outline within the family, to Beverley's counsel, and eventually the broader public. The outline accused Evan and Avi of trying to "gain control of the entire estate by having Beverley fire all three separate brokers." Those prior "brokers" were Cathy's father, Charles Schottenstein, and the two outside investment advisors Beverley terminated on her own accord because she was dissatisfied with their returns. The accusation was a transparent, obvious lie. But it fit the narrative that Cathy wanted to tell about Evan and Avi. It made them look bad.

43.     In the same outline, Cathy wrote the accusations she would later tell media outlets, post on her blogs, and disseminate on podcasts. For example, in the outline, Cathy falsely accused Evan and Avi of: (a) "us[ing] [Beverley's] credit card for [their] own benefit", (b) "manipulating the credit card situation," (c) st[ealing] all the jewelry out of Beverley's JP Morgan Chase safe deposit box without her knowledge or consent," (d) "personally over[seeing]" changes to Beverley's "will and trust documents" to effectuate "self-interested dealings" in Beverley's estate planning, (e) picking and "direct[ly] influenc[ing]" the lawyer "who wrote Beverley's will and trust documents," (f) entering Beverley's apartment "with a shredder and spen[ding] hours shredding documents without Beverley's consent." All lies.

44.     Evan and Avi had no clue that Cathy was plotting against them. Evan and Avi maintained a cordial relationship with Cathy, and she pretended the same to them. But, behind the scenes, Cathy was manipulating the situation. She continued to share her fabricated claims with Beverley, including during in-person visit(s) with Beverley in Bal Harbour. And, Cathy shared her fabricated claims with lawyers. Cathy's goal was to get Beverley to file a lawsuit against Evan and Avi and disinherit them.

45.     In June 2019, Cathy provided her outline to Scott C. Ilgenfritz, an attorney in Tampa, Florida. Cathy traveled to Florida to meet with Ilgenfritz. She and Beverley met with him on or about June 21, 2019. On information and belief, during that meeting, Cathy repeated the fabricated claims set forth in her outline and, thereby published the defamatory statements to Ilgenfritz. Beverley retained Ilgenfritz, and in July 2019, he filed a FINRA complaint against Evan and Avi on Beverley's behalf. The complaint incorporates many of the allegations Cathy drafted in her outline. Cathy's fabricated claims became Beverley's lawsuit.[2]

46.     Cathy's scheme was starting to payoff. She had persuaded her grandmother to file a lawsuit against her cousins (Evan and Avi) based on fabricated claims. A strong move to destroy their relationship with their grandmother. And, Cathy was starting to see some of the financial windfall she wanted. In June 2019, Cathy persuaded Beverley to purchase her a $1.8 million luxury condominium in the St. Regis in Bal Harbour, Florida, through an irrevocable trust. Cathy also swayed Beverley to write Evan and Avi's family out of her will over the course of 2019. Cathy had started to see the benefits of lying about Evan and Avi. And she was not done yet.

## C.     Cathy's Entrapment of Evan and Avi During the FINRA Proceedings

47.     Cathy's duplicity went so far as trying to entrap Evan and Avi during the arbitration proceedings, trick Evan into disclosing privileged information, and convince Evan that Alexis was the one who had manipulated Beverley into filing the lawsuit. Cathy's dishonesty knew no limit. She manipulated her grandmother. She fabricated claims about Evan and Avi and sought out a

---

[2] Allegations are made on information and belief because Evan and Avi were not present for the in-person meeting. Discovery from Cathy and Beverley is necessary to learn the actual content and specific words used during the meeting. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized these fabricated claims in documents created around this same time period; and (2) Cathy shared the outline with the attorney prior to the meeting.

lawyer to bring those claims. Then she told Evan that another cousin was to blame for all of her misconduct.

48.     Her deception of Evan during the arbitration was a carefully constructed scheme. Unknown to Evan and Avi, Cathy had reached an agreement with Beverley's lawyer (Ilgenfritz) to get privileged information from Evan and share that privileged information with Ilgenfritz to help him litigate the case against Evan and Avi. Evan and Avi did not learn about Cathy's duplicity until she was called as a surprise witness in the FINRA proceedings by Beverley's lawyer (Ilgenfritz). Evan and Avi only discovered the outline because Cathy inadvertently disclosed its existence during her testimony.

49.     Cathy explicitly acknowledged the agreement she struck with Ilgenfritz. Cathy testified that Ilgenfritz asked her to communicate with Evan and ███████████████████ ████████████████ to Beverley's claims.



50.     Cathy testified that she conned Evan into divulging privileged, attorney-client communications both by text and phone conversations.



* * *



51.     Evan believed that Cathy was trying to help him during their conversations that preceded the FINRA arbitration. He thought that Cathy was supporting him and trying to bring the family together. But she was doing the opposite. Cathy was working to extract admissions from Evan against his interest to provide to Beverley's lawyer (Ilgenfritz).

52.     Cathy started deceiving Evan by text on August 30, 2020. That day, she texted him claiming that she was "collecting pictures" for an ancestry album that her son was making.



53.     Cathy used this communication to earn Evan's trust and sympathy. For months before and after this text, she repeatedly told Evan that she played no role in Beverley's case against him and Avi. Cathy told Evan that she believed he and Avi were being wrongfully accused by Beverley.

54.     Evan confided with Cathy that his mother was upset with Beverley about the litigation.



55.     In her grey-colored text, Cathy requested any family pictures that Evan had because they would be "wonderful" for the purported ancestry album. She added that she "***truthfully***" did not "blame" Evan's mother for being upset with their grandmother, Beverley, for filing a lawsuit against her grandsons. It was through text exchanges like this one and similar ones that followed that Evan genuinely believed Cathy was on his side and trying to reconcile the family.

56.     Over the subsequent days, while the FINRA arbitration approached, Evan searched for family pictures and texted them to Cathy. In between those texts, Cathy frequently steered their conversation back to the FINRA action. She kept trying to elicit privileged information to convey to Beverley's counsel. Cathy presented herself as an intermediary who could resolve the dispute with Beverley. A dispute that Cathy had forced by way of fabricated claims against Evan and Avi. She was pretending to help remedy a problem that she herself created and intentionally worsened.

57.     On September 4, 2020, for instance, Cathy texted Evan seeking a picture of him with his brothers and "***nanny***" (i.e., Beverley) to show her and "***bring back positive memories***." Cathy suggested that she provide the photographs to Beverley's caretaker, Dawn, so that Beverley would not suspect Evan of trying to "***manipulate***" her and "***tell [her] lawyers***."



58.     Over August and September 2020, Cathy repeatedly told Evan that the litigation needed to stop because it was tragic for the family. All Cathy needed was pictures of Evan, Avi

and their grandmother "*of more normal days*," so Cathy could show them to Beverley. Cathy claimed that Beverley, their 92-year-old grandmother, would come to her senses upon seeing the pictures. They would show her that the litigation was "*a disaster*" and tearing the family apart.



59.     Cathy stressed to Evan that she had a close relationship with Beverley. Cathy insisted that she could provide an olive branch between Beverley, Evan and Avi. Cathy manipulated Evan by telling him that Beverley viewed his "*whole family*" with a "*totally negative attitude*," but Cathy "*could help*" him.

60.     It was a trap. Evan responded to Cathy's messages, including wondering how Beverley could have gotten upset with him. Cathy pivoted back to requesting more pictures, purportedly to show Beverley and "***speak to her***" about the good times "***before the current lawsuit***." Cathy emphasized to Evan that she sought the pictures to "***help***" him.



61.     Cathy meant none of it. Not one word. She had no intention of showing Beverley any pictures to "***help***." Cathy had manipulated her grandmother into filing the lawsuit in the first place with fabricated claims about Evan and Avi. Cathy continued with this charade for weeks, gathering intel for Beverley's counsel and pictures to use in publications about Evan and Avi.

62.     Evan then sent Cathy pictures from his childhood, leading to the following exchange:



63.     Evan and Cathy continued texting about pictures "*from the good times*."

Eventually, Cathy asked him to obtain whatever pictures his father possessed of "*nanny with you

and/or avi*."



64. By this time, Cathy was no longer seeking pictures for an "ancestry album." She had dropped that pretense. Instead, she claimed that she needed the pictures to "***soften things***" with their grandmother and end their dispute.



65. Cathy continued to trick Evan into sending personal pictures. She kept stating that she would "***call***" Beverley and "***send***" her the pictures. But it was all a ruse.



66.     On September 4, 2020, Cathy again pleaded with Evan for additional photos to "*use as a jumping off point to discuss peace in the family*…."  Cathy made Evan believe that her request was urgent and dire because "*right now [Beverley] talks to her lawyers every day with [her caretaker] and no one else is around*."

> Fri, Sep 4, 3:52 PM
>
> My feeling is it could be good to have one or two photos of you and avi with nanny that I can show her and use as a jumping off point to discuss peace in the family because right now she talks to her lawyers every day with dawn and no one else is around

67.     Cathy deceived Evan through September 2020—one month before the FINRA arbitration commenced. Cathy not only obtained pictures from Evan to use in her defamation campaign, but misled him regarding *why* Beverley was suing him and Avi.

68.     During their texts and phone calls, Cathy informed Evan that their cousin, Alexis, had manipulated Beverley into filing the FINRA action against them because Alexis was jealous of the condominiums that Beverley had gifted Evan and Avi. Cathy knew of Alexis's role and wanted to pin all the blame on Alexis. Cathy manipulated the truth she knew into deceiving Evan with lies.

69.     Cathy texted Evan that Alexis's jealousy drove her to convince "nanny" of the accusations that gave rise to the FINRA Statement of Claim.



70.     "***That's why Alexis started all this. She wanted a condo.***" Cathy was telling Evan

that Alexis caused Beverley to bring the FINRA action. Cathy was villainizing Alexis so that Evan

would not suspect that Cathy had any role in Beverley's lawsuit. Meanwhile, Cathy was preparing

to testify against Evan and Avi the following month.

71.     Even worse, Cathy was relaying everything "█████ that she discussed with Evan

back to Beverley's counsel. Cathy routinely pivoted their conversations back to the ongoing

FINRA proceedings to gain intelligence into Evan and Avi's trial strategy.



72.     "***Can you use that in the trial?***" Evan and Cathy were referencing unauthorized

credit card purchases that Alexis had made using Beverley's credit card. Cathy was trying to elicit

privileged information from Evan about whether his counsel intended to demonstrate that Alexis—

not Evan or Avi—misused Beverley's credit card to make unauthorized purchases.

73.     Through August and September 2020, Cathy often cast Alexis as the source for the

allegations Beverley made in her FINRA action. Cathy had no shame. She drafted the outline of

accusations against Evan and Avi with Alexis's help, threw Alexis under the bus, and then deceived Evan into believing that Alexis, alone, coerced Beverley into suing her own grandsons. Cathy inserted loaded questions to see what Evan knew about who caused Beverley to initiate an arbitration.

> And you think she was planning it the whole time?

> Who knows?

74.     "She" referred to Alexis. Cathy was asking Evan whether he thought Alexis "was planning [] the whole time" to turn Beverley against Evan and Avi and file a FINRA action against them.

75.     Despite knowing her own role in convincing Beverley to pursue the FINRA action, Cathy emphasized to Evan that Alexis, alone, was the instigator. To gain credibility, Cathy insulted and degraded Alexis. Cathy texted that Alexis was "***a spoiled brat***" and "***pathetic.***" Cathy texted that it was "***no wonder [Alexis] can't get a job***." And Cathy texted that Alexis had such "***serious problems***" that "***nanny cut her off***" from estate funds.

> She obviously has serious problems. I think nanny finally cut her off but who knows

76.     Cathy used these exchanges to make Evan believe that Alexis had a motive to spread false accusations about him and Avi to Beverley.  Cathy manipulated Evan, just as she had manipulated Beverley, to pit one family member against the other.

77.     At one point, Cathy directly asked Evan whether he could use Alexis's use of Beverley's funds as a defense in the arbitration. Cathy probed to extract insight into Evan and Avi's litigation strategy and their privileged attorney-client communications.

78.    "***Is it helpful in the case? What does your lawyer say?***" Cathy was trying to elicit privileged, ██████████ to provide Beverley's attorney, even though Evan was represented by counsel and had a right against interference with that representation.

79.    Evan responded to Cathy's question by telling her that Beverley's counsel successfully blocked the release of Beverley's credit card activity. As a result, Evan and Avi could not obtain Beverley's credit card statements to show who had misused Beverley's credit card.



80.    "***She was!!***" Cathy was trying to affirm Evan's suspicion that Alexis exploited Beverley and caused her to pursue the FINRA claims.

81.    Meanwhile, Cathy also knew that Evan, Avi and Beverley were holding confidential settlement discussions. Cathy abused Evan's trust by seeking privileged information about his settlement position to steer Beverley away from resolution.



82.     ***"Would be good to know. This thing is happening really soon. Have you been happy with your lawyer?"*** These texts are shocking. On the eve of the arbitration, Cathy was inquiring into privileged communications Evan had with his counsel about settlement. She pretended that she could help broker a resolution, but only if Evan provided her with information. Cathy also tried to elicit complaints Evan had about his attorney. Cathy's goal was to obtain useful information for Beverley's counsel to use against Evan and Avi.

83.     Throughout their communications, Cathy continually impressed upon Evan that she had no part in Beverley's decision to sue him and Avi. Cathy insisted that she was ***"not involved in this thing***."

> True. My dad called Scott and they got into a big fight and then Scott called me and complained and I just said we're not involved in this thing. He talks to nanny all the time- I know that

84.     "Scott" is Scott C. Ilgenfritz, the attorney Cathy persuaded Beverley to retain to bring the FINRA action. When Cathy testified in October 2020—one month after sending the above text—she admitted that "this thing" referred to the arbitration. Cathy was telling Evan that her dad "got into a big fight" with Ilgenfritz, suggesting that Cathy's family *opposed* Beverley's lawsuit against Evan and Avi. She also implied that Ilgenfritz was controlling Beverley's decision-making, as he "***talks to her all the time – I know that***."

85.     In the FINRA arbitration, however, Cathy testified under oath that she misled and betrayed Evan to obtain privileged information from him because Beverley's attorney had ███



86.     In those weeks before the arbitration commenced, Evan divulged more than privileged communications. Cathy and Evan exchanged hundreds of deeply personal texts, including about the strife and hardship he and Avi were enduring because of the lawsuit. He confided in Cathy about his growing anxiety. On or about September 9, 2020, Evan told Cathy how he wished it would all end. He was vulnerable, and she took advantage of his vulnerability.



87.    ***"Absolutely. We will [pray] too. [The case] needs to end."*** These statements were

outrageous lies. Cathy did not seek reconciliation. She sought humiliation. Cathy wanted Evan and

Avi disinherited, for their lives to unravel, and for them to be criminally prosecuted. Cathy believed

that she could step into the most-favored position with Beverley and gain a windfall, if Evan and

Avi (and their family) lost their relationship with Beverley.

88.    A couple days later, Cathy texted Evan unprompted, "***Any news?***"

89.    In context, Cathy was again probing for intelligence to provide to Beverley's

counsel. Evan understood that Cathy was asking about the FINRA action and responded:

90.    In addition to exchanging texts, Cathy and Evan spoke by phone during the weeks

preceding the arbitration. They discussed personal issues, ranging from Evan's dating life to loss

of employment because of the FINRA action. But Cathy always found a way to bring the

discussion back to Evan's privileged attorney-client communications.

91.     Following up on a phone conversation Cathy had with Evan, she inquired into a meeting he held with his attorney to prepare for the arbitration.



92.     "*I'll tell you some other time over the phone.*" Evan was oblivious that his cousin was using her relationship with him and her role as a purported "peacemaker" with Beverley to ruin his life.

93.     Cathy continued asking Evan about his meetings with his attorneys in the days preceding the arbitration. She questioned him about his position toward settlement and promised to provide any help she could.



94.     ***"How was the lawyer meeting today? Any word on settling?"*** These words were

laced with malice. As was the word, "***Same***," which Cathy used to imply that she would tell Evan

if she thought the parties could reconcile.

95.     Cathy continued seeking updates from Evan by text and phone calls. On

September 27, 2020, she texted him:

How did the rest of today go with the lawyers?

Ok I was done at 1:40 and then just been helping cook and clean up before Shabbat

My next call with them isn't until Wednesday.

Thank GD for Shabbat and the holidays, much needed break

I'm sure. I need it too. Been so hard at home with the kids and the virtual learning and everything else

96.     On September 30 and October 1, Cathy further texted seeking litigation updates:

Wed, Sep 30, 11:07 AM

Hi...how's it going?

Thu, Oct 1, 3:09 PM

How did things go today?

97.     These seemingly innocuous exchanges were hateful. Cathy sent them not to console Evan, but to harm him and Avi.

98.     During her testimony, Cathy reflected on her conversations with Evan during August and September 2020 in advance of the arbitration. She testified that they ███████████ ████████████████████████████████████████████████████████████ ████████ Cathy further testified that she relayed █████████ information she thought was █████████ to the case back to Beverley's counsel.

99.     Evan and Avi never suspected that Cathy was betraying them. It never crossed their minds. She was their cousin. They had known each other since childhood. But greed and resentment drove Cathy to sever the bond Evan and Avi had with their grandmother and to destroy Evan and Avi's lives.

100.    Evan and Avi lost the FINRA proceeding and are now appealing that decision. But the damage has already been done, regardless of the outcome. They have lost their relationship with their grandmother based on Cathy's fabricated claims. They lost their jobs at J.P. Morgan. And, now, they face potential financial ruin predicated on Cathy's fabricated claims. By the end of the FINRA proceeding, Cathy had done tremendous harm to them. But she was not done yet.

### D.      Cathy's Use of a National Media Outlet to Destroy Evan and Avi's Reputations After the FINRA Arbitration

101.    Cathy not only instigated the FINRA action but plotted a media campaign against Evan and Avi based on her fabricated claims. On or around September 1, 2020, Cathy created a personal website: cathyschottenstein.com. As soon as the FINRA arbitration ended, she devoted the website to publicize false and defamatory accusations against Evan and Avi. It was not enough for Cathy to destroy their relationship with Beverley and get them disinherited.  Cathy wanted the world to see her as a crusader and devoted granddaughter.  That was the fame to go along with the fortune she had manipulated her grandmother into providing.

102.    On September 6, 2020, in response to Cathy's request, Evan sent Cathy a picture of the "good times" when Beverley was spending time with him and Avi years before the litigation.



Sun, Sep 6, 12:33 PM

Perfect- I'm going to call her and send this to dawn to show her

103.    Cathy called the picture "**_perfect_**" and misled Evan into believing that she was going to "call" Beverley and show her the picture. Instead, Cathy repurposed it for the media campaign she plotted against Evan and Avi. Upon information and belief, Cathy later reproduced the photo for public display in Beverley's home during a television interview and for other media outlets to use in their coverage of the FINRA action.

104.    A few weeks after receiving this picture, Cathy facilitated the first interview that she and Beverley held with a national media outlet to discuss the case: Bloomberg. Cathy documented her role in arranging the meeting and her interactions with Bloomberg's reporter, Tom Schoenberg, on her website:

My first call with Tom took place on October 9, 2020, just one week before Nanny's FINRA trial was set to begin. It was a conference call, with Tom in Washington D.C., me in New Jersey, and Nanny in Florida. My grandma's devoted live-in aide Dawn Henry also participated on the sidelines as Nanny spoke, occasionally chiming in to remind her of certain key dates and facts.

I didn't know it then, but that first hour-long conversation with Tom would be the beginning of a five-months-long working relationship with *Bloomberg News*. It was a rich and eye-opening experience that has made me even more respectful of professional journalism, and particularly of Tom and of *Bloomberg News*—the outlet's careful evaluation of all sides, the integrity and fairness in their final reporting, and once the story was out, their astonishing global reach.

Quickly becoming the point-person for Tom's ongoing questions and requests for information, Tom and I emailed or texted back-and-forth on an almost daily basis for all those months. At every twist and turn of Nanny's dramatic trial, I gave him real-time updates. I also facilitated numerous interviews between him and other family members who were key players in Nanny's battle for justice after years of financial elder abuse.

Nanny and I chose to keep our conversations with Tom private during this long investigative period. We did not inform her lawyers about these interviews until after the trial concluded because we didn't want to jeopardize her ability to win her case. Tom agreed—he too did not want to impede the FINRA proceedings while he painstakingly developed his story.

*See* Cathy Schottenstein, *Behind the Scenes: What It Was Like To Work with Bloomberg News* (Apr. 2021), https://cathyschottenstein.com/behind-the-scenes-what-is-was-like-to-work-with-bloomberg-news/ (Exhibit 1).

105.     As Cathy acknowledges, she spent ***five months*** providing Bloomberg with personal information about and accusations against Evan and Avi. Cathy was impressed by Bloomberg's "***astonishing global reach***." She served as Bloomberg's "***point-person***" to answer "ongoing questions" and set up "***numerous interviews***" with Florida residents, including Beverley and her caretaker. Cathy stayed in contact with Bloomberg through daily emails, texts and "***real time updates***" from (a) her conversations with Beverley and Beverley's counsel and (b) the confidential FINRA proceedings she watched from Beverley's home and improperly recorded on her cell phone.

106.     Upon information and belief, Cathy never told Bloomberg or any other press outlet that she: (a) fabricated and drafted the original accusations against Evan and Avi; (b) manipulated Beverley to retain counsel, to file claims against Evan and Avi, and to purchase her a $1.8 million luxury condo in Florida all within the same month; (c) manipulated Beverley into rewriting her

will to disinherit Evan and Avi and enrich Cathy's side of the family by millions of dollars; (d) struck an agreement with Beverley's counsel to deceive Evan into providing privileged, attorney-client communications throughout the two months that preceded the FINRA arbitration; and (e) misled and lied to Evan and Avi during the FINRA proceedings to make them believe another cousin (Alexis) was to blame.

107.    The FINRA arbitration started in mid-October 2020 and ended in January 2021. Upon information and belief, Cathy resided in Florida for stretches of the proceedings, recorded videos of the confidential proceedings, and posted them on a YouTube channel she created. To date, the only videos on Cathy's YouTube are of the confidential proceedings and other videos she used to disseminate false, defamatory accusations against Evan and Avi.[3]

108.    On December 30, 2020, before the FINRA panel entered a final judgment, Cathy coordinated an in-person interview with the Bloomberg team and Beverley in Florida. Cathy attended that interview in Florida and provided false, defamatory accusations against Evan and Avi. Cathy documented this interview on her website:

> In mid-December, about halfway through Tom's vetting process, his team at *Bloomberg* asked if they could send a photographer and videographer to Nanny's condo. Through Tom's continuous updates, *Bloomberg* recognized the captivating nature of our ordeal, and they wanted visuals to further enhance Nanny's story. Though nervous, my grandma hesitantly agreed. By sheer coincidence, I was visiting my grandma at this time, staying in a small apartment down the street. As a result, I was able to act as liaison between the *Bloomberg* photographer, the videographers, and my grandmother.
>
> On December 30, I met the *Bloomberg* photographer and two videographers in the lobby of my grandmother's building and escorted them upstairs to her condominium. The staff was equipped with standing lights, multiple cameras, microphones, and other equipment. I began to experience nervous energy as we entered the freight elevator toward the rear of the complex.

(Exhibit 1; Cathy Schottenstein, *Behind the Scenes: What It Was Like To Work with Bloomberg News*).

---

[3]        *See* Cathy Schottenstein YouTube Channel at https://www.youtube.com/@cathyschottenstein9904/videos.

109.    Cathy was no mere "*liaison*." She fabricated the claims, engineered the lawsuit, and then connected Bloomberg with Beverley to publicize the charges. Cathy sat alongside Beverley as Bloomberg interviewed her. Cathy manipulated Beverley into believing that her grandsons had "robbed" her of "millions" of dollars, blogged about the experience, and staged pictures like the following.



Beverley and her granddaughter Cathy Schottenstein Pattap. *Photographer: Scott McIntyre/Bloomberg*

110.    A picture speaks a thousand words. One of the motivations for Cathy was to cultivate an image as her grandmother's protector and a crusader against nefarious cousins set on stealing from her. This picture paints the image of Cathy that she wished was true. But she was not Beverley's protector. Nor a crusader. She fabricated claims against Evan and Avi to manipulate her grandmother and steal from her cousins.

### E.    The Escalation of Cathy's Campaign Against Evan and Avi

111.    After the FINRA action concluded in February 2021, Bloomberg published the article that Tom Schoenberg had prepared, relying on Cathy's "*almost daily*" assistance. *At 93, She Waged War on JPMorgan—and Her Own Grandsons*, BLOOMBERG (Feb. 17, 2021, 3:00 AM),

https://www.bloomberg.com/news/features/2021-02-17/at-93-she-waged-war-on-jpmorgan-and-two-financial-advisors-her-grandsons (Exhibit 2). The article identified Evan and Avi by name and published accusations that Cathy had been making against Evan and Avi. The article explicitly states that it incorporated information that Bloomberg obtained through "interviews with family members," primarily Cathy.

112.    On or around the same day Bloomberg released its story, Cathy published her first blog post about Evan and Avi. In her first blog post, Cathy admitted to her "followers" that she had been pursuing a vendetta against Evan and Avi as a "journey in search of justice."

This is my first blog. Thank you for joining me on this journey in search of justice and to expose the scourge of elder abuse—not just in my family. Please stay tuned for more.

See Cathy Schottenstein, *My 94-Year-Old Nanny Was Defrauded of Millions.  Family: We Did Nothing Wrong!* (Feb. 2021) https://cathyschottenstein.com/my-94-year-old-nanny-was-defrauded-of-millions-family-we-did-nothing-wrong/ (Exhibit 3).

113.    To Cathy, "justice" did not mean discovering the truth or protecting her grandmother. For Cathy, "justice" meant a new $1.8 million condominium, a multi-million dollar increase in her family's share of the estate, and a newfound career selling Beverley's lawsuit to media outlets, book publishers and HBO.

114.    Cathy's first blog post in February 2021 launched a public campaign against Evan and Avi that she has continued through present day. In that post, Cathy linked and shared the Bloomberg article and a corresponding Bloomberg video. She also linked a Columbus Dispatch article about the FINRA action and a radio interview. The following are some of her postings from February 2021:

a.    February 15, 2021: Cathy Schottenstein, *My 94-Year-Old Nanny Was Defrauded of Millions.  Family: We Did Nothing Wrong!*,

41

https://cathyschottenstein.com/my-94-year-old-nanny-was-defrauded-of-millions-family-we-did-nothing-wrong/ (Exhibit 3);

b. February 17, 2021: Cathy Schottenstein, *Beverley Schottenstein, her granddaughter Cathy, and caregiver-companion Dawn Henry*, YOUTUBE (Feb. 17, 2021), https://www.youtube.com/watch?v=pBLnx04a2QU (captioned "[t]he 94 year old matriarch of the Schottenstein empire, Beverley Schottenstein, her granddaughter Cathy, and caregiver-companion Dawn Henry discuss the multi-million dollar fraud case against grandsons Ethan and Avi and JP Morgan Chase. https://cathyschottenstein.com.") (Exhibit 4[4]);

c. February 17, 2021: Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*, BLOOMBERG (Feb. 17, 2021, 3:00 AM), https://www.bloomberg.com/news/features/2021-02-17/at-93-she-waged-war-on-jpmorgan-and-two-financial-advisors-her-grandsons (Exhibit 2);

d. February 24, 2021: *All Sides with Ann Fisher: The Schottenstein Family and Elder Abuse*, WOSU (Feb. 24, 2021, 9:35 AM), https://news.wosu.org/show/all-sides-with-ann-fisher/2021-02-24/the-schottenstein-family-and-elder-abuse#stream/1 (Exhibit 5, transcript); and

e. February 2021: Cathy Schottenstein, *My 94-Year-Old Grandmother Wants to Wake Us All Up to the Tragedy of Elder Abuse*,

---

[4] All Video Exhibits will be filed conventionally following assignment of the Complaint and upon motion to file the Video Exhibits conventionally pursuant to Section 4 of CM/ECF Administrative Procedures.

https://cathyschottenstein.com/my-94-year-old-grandmother-wants-to-wake-us-all-up-to-the-tragedy-of-elder-abuse/ (Exhibit 6).

115.    By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

116.    Cathy's postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, misappropriated assets from her estate, and then hid and destroyed evidence of their alleged crimes. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother, misappropriate assets from her estate, or hide or destroy evidence of any alleged crime. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

117.    On February 18, 2021, Cathy shared five YouTube videos to her channel. (Compl. ¶¶48(e)-(i)). They contain footage that Cathy secretly, improperly recorded during the FINRA arbitration in violation of the FINRA rules. For example, Cathy made the following postings.

      a.    Cathy Schottenstein, *The Schottenstein Trial*, YOUTUBE (Feb. 18, 2021), https://www.youtube.com/watch?v=PJcNnEunMCQ (captioned "Nanny and her caretaker Dawn Henry watching the trial as Caroline Schottenstein testifies for her sons Evan and Avi over Zoom, December 14, 2020 https://cathyschottenstein.com") (Exhibit 7);

      b.    Cathy Schottenstein, *The Schottenstein Trial*, YOUTUBE (Feb. 18, 2021), https://www.youtube.com/watch?v=RmI8KpIttCg (captioned "Beverley

Schottenstein watches the trial in which J.P. Morgan and her Grandsons Evan and Avi where ordered to pay her $19 Million dollars due to unauthorized trading. https://cathyschottenstein.com") (Exhibit 8);

c.   February 18, 2021: Cathy Schottenstein, *The Beverley Schottenstein Trial*, YOUTUBE (Feb. 18, 2021), https://www.youtube.com/watch?v=h1DWq1ZZ2i4&t=39s (captioned "Beverley Schottenstein watches the trial in which J.P. Morgan and her Grandsons Evan and Avi where ordered to pay her $19 Million dollars due to unauthorized trading. https://cathyschottenstein.com") (Exhibit 9);

d.   February 18, 2021: Cathy Schottenstein, *The Beverley Schottenstein Trial,* YOUTUBE (Feb. 18, 2021), https://www.youtube.com/watch?v=jPXaHaaDLRI (captioned "Beverley Schottenstein watches the trial in which J.P. Morgan and her Grandsons Evan and Avi where ordered to pay her $19 Million dollars due to unauthorized trading. https://cathyschottenstein.com") (Exhibit 10);

e.   February 18, 2021: Cathy Schottenstein, *The Beverley Schottenstein Trial,* YOUTUBE (Feb. 18, 2021), https://www.youtube.com/watch?v=eZUXqlZNb1U (captioned "Beverley Schottenstein watches the trial in which J.P. Morgan and her Grandsons Evan and Avi where ordered to pay her $19 Million dollars due to unauthorized trading. https://cathyschottenstein.com") (Exhibit 11).

118.   In a subsequent publication, Cathy admitted that she took the videos from her cellphone while watching the hearings remotely via Zoom. She boasted that J.P. Morgan was upset

that she posted the videos because FINRA arbitrations are confidential. *See* Cathy Schottenstein, *My Grandma is a 94-Year-Old #MeToo Warrior*, https://cathyschottenstein.com/my-grandma-is-a-94-year-old-metoo-warrior/ (Exhibit 12). Cathy uses her illicitly recorded clips from the FINRA proceeding to induce people to visit her website and buy her memoir.



(*See e.g.* Exhibit 9, Cathy Schottenstein, *The Schottenstein Trial*).

119.    Cathy knowingly and intentionally violated the confidentiality requirements of the FINRA proceeding.  She did so to defame Evan and Avi. Cathy did not have authorization or permission to record the FINRA proceedings or post them on YouTube.

120.    In March 2021, Cathy made three more blog posts and a YouTube video smearing Evan and Avi. Her motivation in doing so was to destroy Evan and Avi's reputations and falsely

promote herself as a dutiful granddaughter and crusader for her grandmother. It was a fictitious narrative Cathy designed to gain recognition and fame.

a.  March 15, 2021: Cathy Schottenstein, *Financial Elder Abuse: Matriarch of a Famous Family, 94, Triumphs in Court*, YOUTUBE (Mar. 15, 2021), https://www.youtube.com/watch?v=TY2-Hxm6lIc (Exhibit 13);

b.  March 2021: Cathy Schottenstein, *Elder Abuse Impacts the Famous and Non-Famous Alike*, https://cathyschottenstein.com/elder-abuse-impacts-the-famous-and-non-famous-alike/ (Exhibit 14);

c.  March 2021: Cathy Schottenstein *A 'Dawning' Instinct Sheds Light in a Dark Place*, https://cathyschottenstein.com/a-dawning-instinct-sheds-light-in-a-dark-place/ (Exhibit 15); and

d.  March 2021: Cathy Schottenstein, *Making the Painful Decision to Testify Against My Cousins*, https://cathyschottenstein.com/making-the-painful-decision-to-testify-against-my-cousins/ (Exhibit 16).

121.  These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

122.  In April 2021, Cathy continued publishing blog posts and YouTube videos about Evan and Avi. The April publications include a "Behind the Scenes" look at Cathy's participation in the Bloomberg article and video. Cathy was committed to bringing attention to her website and the false accusations she was publishing against Evan and Avi.

a.    April 2021: Cathy Schottenstein, *Behind the Scenes: What It Was Like To Work with Bloomberg News*, https://cathyschottenstein.com/behind-the-scenes-what-is-was-like-to-work-with-bloomberg-news/ (Exhibit 1);

b.    April 2021: Cathy Schottenstein, *Isolation and Loneliness Among Elder Americans Must Be Addressed*, https://cathyschottenstein.com/isolation-and-loneliness-among-elder-americans-must-be-addressed/ (Exhibit 17);

c.    April 2021: Cathy Schottenstein, *Institutional Malfeasance: Another Ugly Form of Elder Abuse*, https://cathyschottenstein.com/institutional-malfeasance-another-ugly-form-of-elder-abuse/ (Exhibit 18);

d.    April 6, 2021: Cathy Schottenstein, *Where To Turn When Institutions Betray Us?*, YOUTUBE (Apr. 6, 2021), https://www.youtube.com/watch?v=0WdsPyrFII4 (Exhibit 19); and

e.    April 21, 2021: Cathy Schottenstein, *My Grandmother, 94, Is Part of the #MeToo Movement*, YOUTUBE (Apr. 21, 2021), https://www.youtube.com/watch?v=Hv8bcWXpKyw (Exhibit 20) (also published in written form on Cathy's website, attached as Exhibit 12)).

123.    These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

124.    By May 2021, Cathy's publications gained sufficient attention that she was asked to appear on podcasts to discuss Evan, Avi and the allegations against them. This was always part

of her plan. Cathy sought to make a name for herself (self-promotion) as a crusader for her grandmother. She wanted the self-promotion for fame and fortune. She knew and hoped these appearances would get her larger deals, such as a publishing deal with BenBella Books and a series by HBO. Cathy linked the following appearances to her website:

    a.    May 16, 2021: Denise Vivaldo, *Women Beyond a Certain Age Podcast: At 93, Beverley Schottenstein Waged a War* (May 16, 2021), https://womenbeyond.podbean.com/e/at-93-beverley-schottenstein-waged-a-war/ (Exhibit 21, transcript);

    b.    May 21, 2021: *Friends Talk Money: Elder Financial Abuse? Not On My Watch! Part 1: Beverley Schottenstein Tells Her Story* (May 21, 2021), https://friendstalkmoney.libsyn.com/elder-financial-abuse-not-on-my-watch-beverley-schottenstein-tells-her-story (Exhibit 22, transcript);  and

    c.    May 27, 2021: *Friends Talk Money: Elder Financial Abuse? Not On My Watch! Part 2: Lessons Learned from Beverley Schottenstein* (May 27, 2021),  https://friendstalkmoney.libsyn.com/elder-financial-abuse-not-on-my-watch-part-2-lessons-learned-from-beverley-schottenstein (Exhibit 23, transcript).

125.    By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

126.    These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and

misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

127.    In or about May 2021, Cathy facilitated an interview with herself, her grandmother, and Channel 13 News, Primetime Tel Aviv, Israel. Cathy traveled to Bal Harbour, Florida to conduct the interview in-person alongside Beverley in her home. Upon information and belief, Cathy remained in Florida and made defamatory publications about Evan and Avi both on her blog and through a podcast appearance in June 2021, when the Channel 13 News story aired, including the following:

    a.  June 2021: Cathy Schottenstein, *Protecting Elders from Abuse is a Global Problem*, https://cathyschottenstein.com/protecting-elders-from-abuse-is-a-global-problem/ (Exhibit 24);

    b.  June 1, 2021: Cathy Schottenstein, *Channel 13 News, Primetime Tel Aviv, Israel — Interview with Beverley and Cathy Schottenstein*, YOUTUBE (June 1, 2021), https://www.youtube.com/watch?v=AEzq3ryl6-w (Exhibit 25); and

    c.  June 22, 2021: Dr. Regina Koepp, *Psychology of Aging Podcast: Elder Financial Abuse by Family Members: Schottenstein Family Story* (June 22, 2021), https://www.mentalhealthandaging.com/podcast/elder-financial-abuse-by-family-members-schottenstein-family-story/ (Exhibit 26, transcript).

128.    By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible

for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

129.    These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

130.    In July and August 2021, Cathy continued appearing on podcasts to spread false accusations against Evan and Avi. She also made a blog post comparing her grandmother to Britney Spears, whose conservatorship was a salient public issue at that time because she was allegedly taken advantage of. Cathy linked her podcast appearances to her website. Cathy did everything imaginable to draw attention to her website and the accusations she was publishing against her cousins.

  a.    July 2021: Cathy Schottenstein, *The Systematic Abuse of Britney Spears: How the Legal System Allowed a Criminal Family To Seize Control of One Woman's Life*, https://cathyschottenstein.com/the-systematic-abuse-of-britney-spears/ (Exhibit 27);

  b.    August 2, 2021: *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 1*, JAM STREET MEDIA (Aug. 3, 2021), https://podcasts.apple.com/co/podcast/a-lifes-story/id1565179566?l=en (Exhibit 28, transcript); and

  c.    August 9, 2021: *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*, Jam Street Media (Aug. 9, 2021),

https://podcasts.apple.com/co/podcast/a-lifes-story/id1565179566?l=en

(Exhibit 29, transcript).

131.    By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

132.    These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

133.    In September 2021, Cathy appeared on the podcast *Criminal*, produced by Voxmedia and hosted by Phoebe Judge. *Criminal* is a popular, well-known true crime podcast that covers stories of criminal wrongdoing, as its tagline reflects: "Criminal is the first of its kind. A show about people who've done wrong, been wronged, or gotten caught somewhere in the middle."[5]

134.    In Cathy's episode, she repeated allegations that she had previously published against Evan and Avi. *See Criminal: Family Money*, VOXMEDIA (Sept. 24, 2021), https://thisiscriminal.com/episode-173-family-money/ (Exhibit 30, transcript). Cathy subsequently linked and advertised the podcast on her website, drawing more attention to her prior blog posts and podcasts.

---

[5]    Apple Podcasts Preview, https://podcasts.apple.com/us/podcast/criminal/id809264944.

135.     By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

136.     These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

137.     On November 18, 2021, Tom Schoenberg published another Bloomberg article about Evan, Avi and the FINRA arbitration. Cathy shared this article on her website on or around the same day. Cathy Schottenstein, https://cathyschottenstein.com/jpmorgan-ex-brokers-fight-grandma-in-court-seeking-her-silence/ (Exhibit 31).

138.     By posting and republishing these publications, Cathy intended to disseminate the accusations they make to a new audience and state or imply that they are true. She is responsible for her decision to republish these items, and she did so knowing that the statements and implications in the articles were factually inaccurate.

139.     These postings falsely state and imply that Evan and Avi stole from their grandmother, Beverley, and her estate. Cathy's publication and republication of these false and misleading statements constitute defamation *per se.* Cathy knew that Evan and Avi did not steal from their grandmother or her estate. Cathy fabricated claims about Evan and Avi and manipulated Beverley to believe that Evan and Avi had wronged her in ways they did not.

140.    In December 2021, Cathy published a new blog post announcing that she was optioning her "inside story" about Evan and Avi to HBO Max through a partnership with BenBella Books. The book deal with BenBella Books and documentary with HBO Max was the culmination of Cathy's campaign against Evan and Avi. She used her fabricated claims to manipulate Beverley, which resulted in: the lawsuit against Evan and Avi; the loss of their relationship with their grandmother; the loss of their inheritance; and a financial windfall for Cathy (including but not limited to more inheritance for her). But, Cathy wanted more. She wanted fame that could not be earned on merits. She used her fabricated claims against Evan and Avi to promote herself as a crusader. BenBella Books and HBO are now poised to be willing accomplices.[6]

141.    To promote the announcement, Cathy reproduced, publicly displayed, published and/or used the picture she had previously deceived Evan into sending her. Her deception and cruelty knows no limits.

---

[6]    BenBella Books and HBO will both be put on notice that any future involvement in disseminating Cathy's false and defamatory accusation will expose them to liability as publishers and republishers.  Evan and Avi reserve all rights against BenBella Books and HBO. Nothing should be read into them not being named as defendants in this action other than Evan and Avi are providing them the opportunity to do the right thing and not participate in Cathy's defamation campaign.



Granddaughter of Schottenstein retail dynasty matriarch Beverley Schottenstein Cathy Schottenstein's NANNY'S WAR, the inside story–optioned for development by HBO Max–of the Schottenstein family and how two of Beverley's own grandsons, Evan and Avi Schottenstein, along with their former employer J.P. Morgan Securities, abused Beverley for years and misappropriated $100 million of her money, to Leah Wilson and Glenn Yeffeth at BenBella Books, by Herb Schaffner at Big Fish Media (world).



*Beverley Schottenstein with her grandsons Avi, left, and Evan, right, from a family photograph.*

*See* Cathy Schottenstein, *BenBella Books is excited to announce our new partnership with Cathy Schottenstein!* (Dec. 2021) https://cathyschottenstein.com/ben-bella/ (Exhibit 32).

142.   The description Cathy used to publicize, advertise, and promote her forthcoming story is false and defamatory *per se*. Cathy has placed this description on several links within her website, including her Homepage. *See* https://cathyschottenstein.com/. Cathy knows that Evan and Avi did not "misappropriate[] $100 million of [Beverley's] money." She knows that Evan and Avi

did not steal from their grandmother. The narrative is a fiction Cathy peddles because it has garnered her fame and publicity she did not previously have.

### F.     Cathy's Continued Disregard for Evan's and Avi's Rights

143.    Over the last year, Evan and Avi have pleaded with Cathy to stop defaming them. In May 2022, Evan and Avi sent Cathy a cease-and-desist letter hoping to avoid further litigation. The damage she had done to them is immeasurable. She severed their relationship with their grandmother, defamed them repeatedly, and tarnished their reputations beyond recognition. They hoped that she would stop.

144.    For a while, it seemed that Cathy had seen the errors of her ways and would stop. She stopped posting defamatory publications. Her last blog entry is dated March 2022. Evan and Avi had a momentary sigh of relief. Perhaps the vindictiveness of their cousin had a limit after all. Perhaps she would stop spreading lies now that she had secured the fortune (from their grandmother) and the fame (from media and news organizations) that she desperately wanted.

145.    Alas, Cathy's intent to harm Evan and Avi does not appear to have a limit. Recently, public reporting has confirmed that Cathy continues to defame Evan and Avi. In January 2023, BenBella Books announced that: (a) it will be releasing Cathy's book, *Beverley's War*, in Fall 2023; and (b) HBO is developing a limited series based upon the book. The following image is a screenshot from the BenBella Books Twitter account:



**BenBellaBooks**
@BenBellaBooks

HBO Max (@HBOMax) is releasing a limited series based on our upcoming Fall 2023 title, BEVERLY'S WAR, by Cathy Schottenstein! For more information on the series, check out @Variety's latest feature

variety.com
Beverley Schottenstein Trial Limited Series in the Works at HBO Max (EXCLU...
A limited series about Beverly Schottenstein's legal case against her grandsons is in the works at HBO Max, Variety has learned exclusively.

11:03 AM · Jan 30, 2023 · **90** Views

146.    Cathy can pose for glamour shots while Evan and Avi toil in misery because their lives have been left in shambles by Cathy. For years, Cathy has vilified Evan and Avi for her own enrichment and fame. She manipulated the very woman whose "story" she is now selling. She did so because she was jealous of her cousins and wanted more of the family wealth than she was positioned to receive. The story she has sold and is still selling is predicated on claims she fabricated and demonstrably false assertions. She, and any who assist her further publication of the lies, must be held accountable.

## V.   CATHY'S FACTUALLY INACCURATE AND DEFAMATORY STATEMENTS

147.   Cathy's publications contain false, defamatory statements about Evan and Avi. Cathy has stated and implied that Evan and Avi are criminals who stole from their grandmother and then destroyed the evidence of their alleged crimes. Individuals who read or listened to Cathy's defamatory statements were led to believe that message.

### A.   Cathy Has Falsely Accused Evan and Avi of Being Thieves Who Stole Millions of Dollars From Their Grandmother.

148.   Cathy has published and republished statements falsely accusing Evan and Avi of "robbing" Beverley and earning "millions of dollars" off her account. Cathy has made these statements in blog posts, podcast appearances, online articles, and other publications. Below are examples of statements Cathy made to create the impression that Evan and Avi are thieves who stole millions of dollars from their grandmother.

a.   Cathy: "As my grandmother, Beverley Schottenstein, and I watched the trial that would decide the fate of her rightful fortune on Zoom in Florida, she couldn't stop the tears—angry tears. For her, this ordeal was not solely about the undeniable fact that *two of her own grandsons robbed her of millions.*" (Exhibit 3, Cathy Schottenstein, *My 94-Year-Old Nanny Was Defrauded of Millions.  Family: We Did Nothing Wrong!*).

b.   Tom Schoenberg: "There had been missing account statements. Document shredding. *Unexplained credit card charges.*" (Exhibit 2, Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*).

c.   Cathy: "Over the last few months, the media has been covering my grandmother's court case against her two grandsons, Evan and Avi Schottenstein, *for massive financial fraud*. After over two years since the initial discovery, they, along with J.P. Morgan, *were found liable for misappropriating tens of millions of dollars of her money.*"  (Exhibit 6, Cathy Schottenstein, *My 94-Year-Old Grandmother Wants to Wake Us All Up to the Tragedy of Elder Abuse*).

d.   Cathy: "At the trial it came out that *they made millions of dollars* in commissions for both themselves and JPMorgan."  (Exhibit 21, Denise Vivaldo, *Women Beyond a Certain Age Podcast: At 93, Beverley Schottenstein Waged a War*).

e.      Cathy (paraphrased): "***Evan and Avi always took the stance that [Beverley]*** ***wanted all these crazy investments that caused her to lose millions and*** ***millions of dollars.*** They have not paid the amount, they tried to vacate the amount, they are trying to make a private deal.  They want her to sign confidentiality agreements, she has no interest in doing that.  The biggest news is just last week FINRA barred Evan from being a broker indefinitely." (Exhibit 21, Denise Vivaldo, *Women Beyond a Certain Age Podcast: At 93, Beverley Schottenstein Waged a War*).

f.      Cathy: "It came out in the FINRA trial that JP Morgan made ***millions of*** ***dollars in commissions, and those commissions were split with Evan and*** ***Avi***." (Exhibit 22, *Friends Talk Money: Elder Financial Abuse? Not On My Watch! Part 1: Beverley Schottenstein Tells Her Story*).

g.      Cathy: "[***L]ike I said, these are serious criminal offenses***." (Exhibit 26, Dr. Regina Koepp, *Psychology of Aging Podcast: Elder Financial Abuse by Family Members: Schottenstein Family Story*).

h.      Cathy: "It's painful for my grandmother, to this day, to know that ***this was*** ***her grandsons who committed these crimes***…." (Exhibit 26, Dr. Regina Koepp, *Psychology of Aging Podcast: Elder Financial Abuse by Family Members: Schottenstein Family Story*).

i.      Cathy: "J.P. Morgan knew something was amiss in Evan's handling of my grandmother's account, ***made millions of dollars in commissions from*** ***illegal trades***, and did nothing." (Exhibit 27, Cathy Schottenstein, *The Systematic Abuse of Britney Spears: How the Legal System Allowed a Criminal Family To Seize Control of One Woman's Life*).

j.      Cathy: Evan and Avi "***were traveling to Israel almost every month, first*** ***class, staying in the fanciest hotels, living large***. So, they printed out some credit card statements, and my grandma hardly used her credit card because, actually, she really only used cash. And that was the beginning, because she got these ***pages and pages of credit card statements of charges she never*** ***made***… ***My grandmother*** hadn't seen statements in years, she ***wasn't*** ***seeing credit card bills, she wasn't seeing anything because Evan was*** ***controlling everything***…***The crimes got so egregious***." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

k.      Host (paraphrased): "In the 14 years that Evan and Avi had managed her accounts, ***the only ones that got enriched were Evan and Avi***.  Beverley's account barely moved.  If she had been invested in just the S&P500 over this period, her money would have tripled.  The experts advised her to write a letter to JP Morgan to have them close her account." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

l.    Cathy: "Over the Christmas time, that's when my cousin Alexis told me about the jewelry. I didn't even know about the jewelry. Then it started seeming like ***are they criminals***? What is happening here? The shredding was one thing, but ***now they stole all her jewelry***. Then Alexis saw the 5 million dollars Coatue equity fund, my grandma had no idea what it is, she has no financial sophistication whatsoever. And so then I really thought, this might be really serious. ***And then Dawn starting saying that well that she also says that they made her change her will and it just started seeming like there were too many things to overlook and there was no choice but to get involved***." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

m.    Cathy: "They use a word in the banking industry I had never heard this before, I know it now, called 'churning', where you're moving funds excessively, constantly. And you buy and sell constantly. And you do this, one of the reasons why one would churn someone's account, is you get commission. So, every time you buy and sell, you get a chunk of money. ***And my cousins it turned out had been doing that constantly with my grandmother's account and they were then generating millions of dollars for both JP Morgan and themselves.***" (Exhibit 20, *Criminal: Family Money*).

149.    Cathy made these statements (and statements similar to them) with the understanding and expectation that they would be published and republished to a broad audience, including residents of Bal Harbour, Florida. In making these statements, Cathy intended for them to be heard by individuals who would repeat and help her repeat the accusations, including by news and media organizations and publishers like BenBella Books and HBO. On information and belief, the defamatory statements published by third parties originated with Cathy, and Cathy intended for third parties to repeat and republish her accusations.[7]

---

[7] Allegations are made on information and belief because Evan and Avi were not present when Cathy spoke with the third parties. Discovery from Cathy and the third parties is necessary to learn the actual content and specific words spoken by Cathy to the third parties. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized the fabricated claims in documents created around this same time period, (2) Cathy has publicized that she was providing information, including the fabricated claims, to third parties, (3) Cathy and Dawn are the most obvious sources for the fabricated claims because the claims are not supported by any documentation, and legitimate sources would deny the claims.

150.    Moreover, on information and belief, Cathy made statements similar to those set forth above to her grandmother, Beverley, in Bal Harbour, Florida. Cathy's scheme to distance her grandmother from Evan and Avi, obtain gifts from Beverley, and secure a larger inheritance was predicated on changing her grandmother's opinion of Evan, Avi, and their parents. Portraying Evan and Avi as criminals who had stolen from Beverley furthered that objective.[8]

151.    Each of these statements is factually inaccurate and defamatory. One, Evan and Avi did not steal from their grandmother. There is no basis to accuse them of "robbing" her of anything, let alone "millions" of dollars. Evan and Avi can demonstrate that they did not steal or rob anything from Beverley through an accounting of her accounts (which were blocked by Beverley's lawyers during the FINRA Arbitration).

152.    Two, Evan and Avi were not "traveling to Israel almost every month, first class, staying in the fanciest hotels, [or] living large." These statements are fabrications. Evan and Avi can demonstrate that these statements are factually inaccurate with travel expenses as well as a comparison of expenditures and gifts Beverley provides to members of her family.  For example, it is Cathy who conned her way into a $1.8 million luxury condo, not Evan and Avi.

153.    Three, Evan and Avi did not misuse or make unauthorized charges on Beverley's credit card. Evan and Avi can demonstrate that they did not misuse or make unauthorized charges on Beverley's credit card through an accounting of Beverley's credit card statements. A review of

---

[8] Allegations are made on information and belief because Evan and Avi were not present for the conversations. Discovery from Cathy, Beverley and Dawn is necessary to learn the actual content and specific words used during these conversations. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized these fabricated claims in documents created around this same time period, (2) Cathy repeated the fabricated claims to news and media organizations, (3) Beverley repeated the fabricated claims only after meeting with Cathy, and (4) Beverley would know the claims were fabricated but for being convinced of the opposite by someone.

those charges will disclose who, if anyone, may have been making improper or unauthorized charges. Someone may have explaining to do on the charges. But it is not Evan and Avi.

154.    Four, Evan and Avi did not "enrich" themselves or make "millions" of dollars managing Beverley's account. Evan averaged approximately $263,000 per year (before taxes) over the five years that he worked with Beverley at J.P. Morgan. Avi averaged $56,210 per year (before taxes) over the three-year period that he had a commission split with Evan. Evan and Avi can demonstrate that they did not earn millions, including on commissions, with income statements. Evan can also demonstrate that his compensation was modest to below average based on industry standard for similarly situated wealth managers.

155.    Five, Beverley's investment accounts generated over $30 million in net profits during the period that Evan served as her financial advisor. It is factually inaccurate to say that Evan lost Beverley millions and engaged in a massive financial fraud. Evan and Avi can demonstrate that Beverley's account grew and did not lose money with Beverley's account statements. The account statements will show that the overall size of the account grew when Evan took over the management.

156.    Moreover, it is factually inaccurate to state or imply that Avi had any role in managing Beverley's account. Avi was not involved in executing trades for Beverley or providing her investment advice. Evan and Avi can demonstrate his lack of involvement with their testimony, testimony of other team members, and the absence of documentation showing Avi's involvement. Avi had an administrative role, yet Cathy has falsely told Beverley and many others that he committed crimes against Beverley and her estate.

157.    Moreover, Evan can demonstrate that the investment decisions made with Beverley for her account were reasonable under the circumstances and given Beverley's risk tolerance

instructions. Evan invested in municipal bonds and sold concentrated positions in individual stocks. In fact, Evan bought many of the same products that he recommended to Beverley because they were sound investment strategies. Evan also lowered the risk of Beverley's portfolio by selling certain stocks. Beverley's account would have incurred significant losses based on the current price if Evan had not sold some of the stocks in Beverley's account. Evan can demonstrate the reasonable nature of the investment decisions with trading records showing her investments and market price information for those investments.

158.    Six, Evan and Avi did not revise, alter or influence Beverley's will to their advantage or to the advantage of their parents. Beverley retained an outside attorney to establish a trust related to the distribution of her wealth. Before Cathy's manipulation, the trust divided the vast majority of assets equally among Beverley's descendants. Now, due to Cathy's manipulation, Evan, Avi, and their parents have been disinherited. Evan and Avi can demonstrate the falsity of Cathy's statements with the trust and will documents as well as testimony from the attorneys involved with the preparation of those documents.

**B.     Cathy Has Falsely Accused Evan and Avi of Misappropriating Assets From Beverley's Estate.**

159.    Cathy has published and republished statements falsely accusing Evan and Avi of misappropriating assets from Beverley's estate. She has made this accusation in blog posts, podcast appearances, online articles, and other publications. Below are examples of statements Cathy has made to create the impression that Evan and Avi misappropriated assets from Beverley's estate:

a.     Cathy: Evan "can cover some of his obligations but ***there is another twist: many years ago, he transferred the title of my grandmother's multi-million-dollar condo on the Upper West Side to his name*** and lives there with his older brother. The good news is that fresh off this triumphant end to the trial, Nanny's lawyer is looking to get that condo back. ***And not just that one, but another condo his younger brother and co-conspirator Avi stole from her, which is a few blocks away.***" (Exhibit 3, Cathy

Schottenstein, *My 94-Year-Old Nanny Was Defrauded of Millions.  Family: We Did Nothing Wrong!*).

b.   Cathy: "***I think she [Beverley] had an extreme amount of trust in them [Evan/Avi's family] because they were controlling all her money, so you would want to trust the person that is in charge of all your assets but also because they were physically there***. When she fell and broke her hip, she hired Dawn Henry. Sometimes when you have someone outside of the family come in, that can give a new perspective that the rest of us don't have. And so here we have a fresh set of eyes that's looking…. ***Ultimately my grandmother really started trusting and confiding in Dawn, and at one point my grandmother said you know they [Evan/Avi] brought an estate lawyer up here and had me change my will and trust and the rest of the family didn't even know about that***, and they were doing all the talking and I don't even know what's in the will and trust so Dawn again says that doesn't sound right and doesn't seem appropriate." (Exhibit 26, Dr. Regina Koepp, *Psychology of Aging Podcast: Elder Financial Abuse by Family Members: Schottenstein Family Story*).

c.   Cathy: "***Before what was just an even will with my grandmother's four children getting equal stakes, became a will where just Evan's family received all of her properties***, and then there were all these other clauses put into the will. If they, if those particular brothers were to have any kids they were to be supported by my grandmother even after she died, their college was supposed to be paid for, any books that they had in college needed to be paid for, all from my grandma's trust, ***just to them***." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

d.   Host: "***Yeah, you heard right. Grandson Avi had had a will drafted and convinced Nanny that she needed to sign this new will because she had moved to Florida. Wait until you hear what was in the will.*** We'll get to that in a bit. First, there were other suspicious things going on." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

e.   Cathy: "When my grandmother decided she needed to take her money to another brokerage house, she hired a new estate lawyer who wanted to see what was going on. So at that time, that estate lawyer had to contact the old estate lawyer. ***And what had happened, and most of the family did not realize this, was Evan's family had soon after my grandmother moved to Florida had brought in their own estate lawyer and had her change her entire will. And they had her giving all of her properties, her two properties in NY, and even the one she lives in now, to them.***" (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

     f.     Host: "***An apartment that [Beverley] owns in NY has been fraudulently given to Evan***." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

160.    Cathy made these statements (and statements similar to them) with the understanding and expectation that they would be published and republished to a broad audience, including residents of Bal Harbour, Florida. In making these statements, Cathy intended for them to be heard by individuals who would repeat and help her repeat the accusations, including by news and media organizations and publishers like BenBella Books and HBO. On information and belief, the defamatory statements published by third parties originated with Cathy and Cathy intended for third parties to repeated and republish her accusations.[9]

161.    Moreover, on information and belief, Cathy made statements similar to those set forth above to her grandmother, Beverley, in Bal Harbour, Florida. Cathy's scheme to distance her grandmother from Evan and Avi, obtain gifts from Beverley, and secure a larger inheritance was predicated on changing her grandmother's opinion of Evan, Avi, and their parents. Portraying Evan and Avi as trying to obtain favored treatment (on gift distribution) and preference on inheritance furthered that objective.[10]

---

[9] Allegations are made on information and belief because Evan and Avi were not present when Cathy spoke with the third parties. Discovery from Cathy and the third parties is necessary to learn the actual content and specific words spoken by Cathy to the third parties. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized the fabricated claims in documents created around this same time period, (2) Cathy has publicized that she was providing information, including the fabricated claims, to third parties, (3) Cathy and Dawn are the most obvious sources for the fabricated claims because the claims are not supported by any documentation, and legitimate sources would deny the claims.

[10] Allegations are made on information and belief because Evan and Avi were not present for the conversations. Discovery from Cathy, Beverley and Dawn is necessary to learn the actual content and specific words used during these conversations. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized these fabricated claims in documents created around this same time period, (2) Cathy repeated the fabricated claims to news and media organizations, (3) Beverley repeated the fabricated claims

162.     Each of these statements is factually inaccurate and defamatory. One, Evan and Avi never misappropriated any properties from Beverley. The New York properties Cathy identifies— the Manhattan apartment and the Lincoln Center co-op—were lawfully conveyed a decade ago. In 2012, Beverley, with the assistance of a public notary, Arthur Bouchard, signed the deed of her New York Manhattan apartment to Evan and his older brother. Beverley legally transferred a co-op apartment in New York to Avi the following year. Beverley's filed tax returns establish that both New York properties were gifts and were treated as such in their tax treatment. Evan and Avi did not and could not have transferred the properties to themselves.

163.     Two, Evan and Avi have never controlled Beverley's will or made changes to Beverley's will. Indeed, Cathy's father, Chuck, was one of the two trustees to Beverley's estate from 2011 to 2019. Evan and Avi can demonstrate that they never controlled or made changes to Beverley's will through review of Beverley's will and trust documents as well as testimony from the attorneys involved with her will and trust documents. Likewise, Evan and Avi can demonstrate their lack of involvement through the absence of any communication (oral or written) in which they are making changes to Beverley's will or inheritance instructions.

164.     Three, Evan and Avi and their parents have never been disproportionately recognized in Beverley's will and inheritance. Nor were the testamentary documents ever revised to provide Evan, Avi and their parents a disproportionate amount of Beverley's estate. The testamentary documents in place from 2011 to 2019 divided Beverley's trust equally between Beverley's four children, except for the two New York apartments and Beverley's Florida condo. The two New York apartments were later removed from the trust when they were gifted in 2012

---

only after meeting with Cathy, and (4) Beverley would know the claims were fabricated but for being convinced of the opposite by someone.

and 2013, and an amendment was made to Beverley's trust dividing her Florida condo equally among her heirs. Evan and Avi can demonstrate that the testamentary documents were never revised or amended to disproportionately favor them (or their parents) through the documents themselves.

165.    Four, Evan and Avi were not treated more favorably from other family members in relation to gifts provided by Beverley. Beverley has habitually gifted properties to family members, including Cathy. In June 2019, after Cathy began her manipulation campaign, Beverley gifted Cathy a $1.8 million irrevocable trust to purchase a condo in Florida. Beverley assigned real properties to Evan and Avi, just as she has done with her other children and grandchildren. Evan and Avi can demonstrate Beverley's history of gift giving to family members with credit card statements, banking records, and tax returns. An accounting of these documents will show the distribution of gifts from Beverley to her family members inconsistent with Cathy's accusations.

**C.    Cathy Has Falsely Accused Evan and Avi of Hiding and "Destroying Evidence" of Their Alleged "Crimes."**

166.    Cathy has published and republished statements falsely accusing Evan and Avi of hiding and destroying evidence of the crimes they allegedly committed against Beverley. Cathy has made these statements in blog posts, podcast appearances, online articles, and other publications. Below are examples of statements Cathy has made to create the impression that Evan and Avi hid and destroyed evidence of their alleged "crimes."

  a. Tom Schoenberg: "***There had been missing account statements. Document shredding***. Unexplained credit card charges." (Exhibit 2, Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*).

  b. Cathy: Evan maintained a "'***spending alert on [our grandmother's] credit card,' Schottenstein Pattap surmised. 'It was strange.***'" (Exhibit 2, Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*).

c.   Cathy: "Beverley's shocking accusations against J.P. Morgan and her grandsons Evan and Avi ranged from forgery on federal subscription documents to wire fraud ***to illegal statement shredding*** to the creation of a fictitious email account. ***These are criminal accusations*** punishable by several years in jail. For a woman who had always lived an incredibly quiet life, Beverley's need to defend herself—and retrieve a portion of her lost savings—***went from being a private family embarrassment to an international saga after the feature article by Bloomberg News came out one week after the verdict***." (Exhibit 18, Cathy Schottenstein, *Institutional Malfeasance: Another Ugly Form of Elder Abuse*).

d.   Cathy: "Dawn often sprinkles Yiddish words and phrases into her thick Jamaican-accented English vocabulary. I can't help but laugh when she tells me, as she often does, that she knew something wasn't quite 'kosher' with Evan and Avi from day one. ***When Dawn called Nanny's grandsons 'goniffs' (thieves), it turned out she knew what she was saying***. *It didn't sit right with Dawn when Evan and Avi's family strong-armed Beverley to change her will soon after she moved to Florida.* ***She thought it was odd when Evan brought a paper shredder into Nanny's apartment.*** Dawn didn't like how dismissive her grandsons were whenever Nanny asked questions about her financial account. Most of all, Dawn knew they were not treating my grandmother with respect, often talking to her in a condescending and demeaning manner." (Exhibit 15, Cathy Schottenstein, *A 'Dawning' Instinct Sheds Light in a Dark Place*).

e.   Cathy: "But before that, ***my grandmother had an amazing caregiver, Dawn Henry*** . . . and she had been noticing problems before then. ***She had alerted me months before that my cousin Evan was coming into her apartment unannounced with a shredder and shredding her statements.*** And Dawn also said that they aren't getting any statements in the mail, no statements are coming in, so we don't have any idea what is happening." (Exhibit 21, Denise Vivaldo, *Women Beyond a Certain Age Podcast: At 93, Beverley Schottenstein Waged a War*).

f.   Cathy: "Evan and his father Bobby ***would come up one flight of stairs*** [into Beverley's condominium] ***and be shredding my grandmother's documents and statements***. And so, Dawn -- that was ***the first alarm bell*** that rang for Dawn because she thought, why are they going through her statements. And ***my grandmother wasn't asking them to shred her statements, so why are they doing this, and they were doing it in a back room***. And that -- Dawn felt ***suspicious***….[B]ut to be honest, I really didn't want to get involved." (Exhibit 26, Dr. Regina Koepp, *Psychology of Aging Podcast: Elder Financial Abuse by Family Members: Schottenstein Family Story*).

g.   Host: "***Dawn, Beverley's caregiver, knows something stinks as she watches Evan and Avi shred Beverley's financial records, including her***

*statements*.  ***Worried and suspicious, Dawn decides to ring the alarm bell***." (Exhibit 28, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 1*).

h.  Host: "And now, ***Dawn observes Evan and Avi entering Beverley's Florida condo with a shredder***, *shredding Beverley's records and financial statements—statements related to the accounts they are managing*.  Her caregiver Dawn decides to ring the alarm bell." (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

i.  Cathy: "***In the fall of 2018, my grandmother's caretaker Dawn called me in New Jersey, and I had never even spoken to her on the phone before***, I had only seen her once or twice when I went to visit my grandmother. So she called and she said that Evan had just come into my grandmother's apartment with a shredder and was shredding statements.  ***And she thought that was fishy.  And I said that I thought it was strange also, but to be honest, I really didn't want to get involved.***" (Exhibit 29, *A Life's Story with Leslie Gold: DeFrauded Grandma Strikes Back - Part 2*).

j.  Host: "***One day when Evan and Bobby showed up with a paper shredder***, Dawn Henry called Beverley's granddaughter, Cathy Schottenstein." (Exhibit 30, *Criminal: Family Money*).

k.  Cathy: "At 2018, in the fall of 2018, Dawn called me at home in New Jersey, and told me that she was really concerned because she said that my cousin, ***Evan, and his father, Bobby, had come into my grandmother's apartment and were shredding all of her documents, all of her bank statements***." (Exhibit 30, *Criminal: Family Money*).

167.  Cathy made these statements (and statements similar to them) with the understanding and expectation that they would be published and republished to a broad audience, including residents of Bal Harbour, Florida. In making these statements, Cathy intended for them to be heard by individuals who would repeat and help her repeat the accusations, including by news and media organizations and publishers like BenBella Books and HBO. On information and

belief, the defamatory statements published by third parties originated with Cathy and Cathy intended for third parties to repeated and republish her accusations.[11]

168.    Moreover, on information and belief, Cathy made statements similar to those set forth above to her grandmother, Beverley, in Bal Harbour, Florida. Cathy's scheme to distance her grandmother from Evan and Avi, obtain gifts from Beverley, and secure a larger inheritance was predicated on changing her grandmother's opinion of Evan, Avi, and their parents. Portraying Evan and Avi as destroying evidence of their alleged wrongdoing furthered that objective.[12]

169.    Each of these statements is factually inaccurate and defamatory. One, Evan and Avi did not place a spending alert on Beverley's credit card purchases, hide Beverley's credit card statements, or destroy the statements. Evan and Avi will demonstrate through confirmation from the credit card companies, which will show that Evan put no such alert on Beverley's credit card purchases, as well as their own testimony. Evan and Avi will demonstrate no hiding or destruction of the credit card statements through their own testimony and the ready availability of the statements. The credit card statements have always been electronically available and available in

---

[11] Allegations are made on information and belief because Evan and Avi were not present when Cathy spoke with the third parties. Discovery from Cathy and the third parties is necessary to learn the actual content and specific words spoken by Cathy to the third parties. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized the fabricated claims in documents created around this same time period, (2) Cathy has publicized that she was providing information, including the fabricated claims, to third parties, (3) Cathy and Dawn are the most obvious sources for the fabricated claims because the claims are not supported by any documentation, and legitimate sources would deny the claims.

[12] Allegations are made on information and belief because Evan and Avi were not present for the conversations. Discovery from Cathy, Beverley and Dawn is necessary to learn the actual content and specific words used during these conversations. However, Evan and Avi make the accusation on information and belief based on the following: (1) Cathy memorialized these fabricated claims in documents created around this same time period, (2) Cathy repeated the fabricated claims to news and media organizations, (3) Beverley repeated the fabricated claims only after meeting with Cathy, and (4) Beverley would know the claims were fabricated but for being convinced of the opposite by someone.

hard copy from the credit card companies. In fact, in the FINRA action, Evan and Avi requested copies of the credit card statements, but Beverley's lawyer prevented access, which indicates that Beverley, Cathy, and Beverley's lawyer knew the statements contradicted Cathy's accusation.

170.    Two, Beverley instructed Evan to help shred her old investment account statements because she did not want or need them. Evan and Avi will establish this fact through Beverley. At the FINRA proceeding, Beverley testified that she instructed Evan to shred these documents. Evan used the shredder that Beverley possessed in her home; he did not "bring a shredder" to her apartment. Evan also shredded the documents with Beverley and Dawn present. He had nothing to hide because he was helping Beverley, per her request, to discard files she no longer needed to retain as hard copies.

171.    Three, Beverley told J.P. Morgan that she was receiving too much paperwork, which is why she asked Evan to assist with the shredding of old investment account statements. At the FINRA proceeding, Beverley testified that she complained to J.P. Morgan about the volume of account documentation she received and wanted less. J.P. Morgan also has records of her calling and making such complaints. For example, J.P. Morgan provided Beverley with a call log reflecting a phone conversation between her and one of its representatives. In that call, Beverley (1) confirmed that she received her statements regularly and reviewed them and (2) told the representative that ███████████████████████

172.    Four, Beverley always had access to her account documentation through J.P. Morgan. Beverley knew how to contact J.P. Morgan and request copies of documents, evident in the fact that she has done so in the past. Beverley had further access to her account information through her tax filings and accountant. Evan and Avi will demonstrate that Beverley always had

access to her account information by showing her historical access to that information, possession of tax filings that she signed, and testimony from her accountant.

### D.    Cathy Has Defamed Evan and Avi with Actual Malice.[13]

173.    Cathy published and republished false and defamatory statements about Evan and Avi knowing they were false and/or with reckless disregard whether the statements were true. Cathy fabricated claims about Evan and Avi. She then spent considerable time persuading people, including Beverley, that those fabricated claims were true.

### 1.    Cathy Knew That Her Defamatory Accusations Against Evan and Avi Were False.

174.    One, Cathy knew the statements she published and republished about Evan and Avi were fabricated. She published and republished accusations that she knew were not based on events that actually took place. For example:

    a.    Cathy knew Evan and Avi never robbed, stole or misappropriated millions from Beverley. She knew there was no evidence that took place. She knew there was no police record of a crime. And she knew Beverley never made that claim until after Cathy started her campaign against Evan and Avi.

    b.    Cathy knew Evan and Avi were not responsible for any unexplained credit card charges. Cathy knew there was no evidence that took place. She knew there was no record of Beverley challenging charges with the credit card company. And she knew Beverley never made that claim until after Cathy started her campaign against Evan and Avi.

    c.    Cathy knew Evan and Avi did not make millions of dollars in commissions from managing investments with Beverley. Cathy knew there was no evidence that took place. Cathy also knew that it did not come out during FINRA proceeding that they made millions. The opposite came out during the FINRA proceeding.

    d.    Cathy knew Evan and Avi did not cause Beverley to lose millions and millions of dollars in investments. Cathy knew there was no evidence that

---

[13] Evan and Avi do not concede that they need to plead or prove actual malice. Evan and Avi are private figures. Cathy has thrust them into a spotlight through her manipulation of Beverley, solicitation of third party coverage, and publication of false and defamatory statements.

took place. Beverley's investment accounts show a net profit of over $30 million, and that fact was disclosed during the FINRA proceeding that Cathy monitored.

e.   Cathy knew that Evan and Avi never stole jewelry from Beverley. Cathy knew there was no evidence that took place. Cathy also knew that Beverley never claimed Evan and Avi stole jewelry from her even after Cathy initiated her manipulation claim.

f.   Cathy knew that Evan and Avi did not steal, con, or manipulate Beverley into gifting them property. Cathy knew there was no evidence that took place. Cathy knew that Beverley routinely gifted property to family members, including Cathy.

g.   Cathy knew that Evan and Avi did not change Beverley's will. Cathy knew there was no evidence that took place. Her father was one of the two trustees for Beverley's account until 2019. Cathy knew that Evan and Avi were not even in a position to change Beverley's will.

h.   Cathy knew that Evan and Avi did not hide or conceal any of Beverley's account statements. Cathy knew there was no evidence that took place. Account statements are always electronically available. On information and belief, Cathy knew bank statements are electronically available. Evan and Avi allege this on information and belief because it is common knowledge.

i.   Cathy knew that Evan and Avi did not improperly shred any of Beverley's documents. Cathy knew there was no evidence that took place. Cathy attended and observed the FINRA proceedings, as evidenced by her secret recording of the proceedings. Beverley testified during the proceedings that she asked Evan to shred account statements.

175.   Two, Cathy knew she lacked a reliable source for the statements and implications

that she made about Evan and Avi. For example:

a.   Cathy knew that Beverley was not a reliable source for information because (i) Beverley's mental acuity has declined, (ii) Beverley had not made similar accusations about Evan and Avi prior to Cathy's manipulation campaign, (iii) Beverley's testimony at the FINRA proceedings was contradictory, and (iv) Beverley's claims about Evan and Avi were often contradicted by documentation introduced during the FINRA proceeding.

b.   Cathy knew Dawn was not a reliable source for information because (i) Dawn had not made similar accusations about Evan and Avi prior to Cathy's manipulation campaign, (ii) Dawn had not raised similar accusations with any law enforcement organization, and (iii) Dawn's claims

about Evan and Avi were often contradicted by documentation and testimony introduced during the FINRA proceeding.

c.  Cathy knew that she did not see or review any documents showing (i) Evan and Avi stole millions of dollars from Beverley, (ii) Evan and Avi made unauthorized charges to Beverley's credit card, (iii) Evan and Avi made millions in commissions, (iv) Evan and Avi caused Beverley to lose millions of dollars, (v) Evan and Avi stole jewelry from Beverley, (vi) Evan and Avi manipulated Beverley into providing them property, (vii) Evan and Avi changed Beverley's will to benefit them and their parents, (viii) Evan and Avi concealed Beverley's account statements, and (ix) Evan and Avi improperly shredded Beverley's account statements.

d.  Beyond documentation, Cathy knew that she lacked a reliable firsthand source showing (i) Evan and Avi stole millions of dollars from Beverley, (ii) Evan and Avi made unauthorized charges to Beverley's credit card, (iii) Evan and Avi made millions in commissions, (iv) Evan and Avi caused Beverley to lose millions of dollars, (v) Evan and Avi stole jewelry from Beverley, (vi) Evan and Avi manipulated Beverley into providing them property, (vii) Evan and Avi changed Beverley's will to benefit them and their parents, (viii) Evan and Avi concealed Beverley's account statements, and (ix) Evan and Avi improperly shredded Beverley's account statements.

176.  Three, beyond fabricating claims, Cathy also purposefully avoided learning the truth about Evan and Avi, including purposefully avoiding learning the truth about the statements and implications that she published and republished about Evan and Avi. For example:

a.  Cathy knew that Evan and Avi denied the fabricated claims that she published and republished. Cathy knew that based on her communications with them before and during the FINRA proceeding. However, beyond that, Cathy did not meet with Evan and Avi to learn the truth about their interactions with Beverley and their firsthand knowledge refuting the fabricated claims.

b.  Cathy knew that Evan and Avi's parents denied the fabricated claims that she published and republished. Cathy knew that based on her communications with Evan before and during the FINRA proceeding. However, beyond that, Cathy did not meet with Evan and Avi's parents to learn the truth about their interactions with Beverley and their firsthand knowledge refuting the fabricated claims.

c.  On information and belief, Cathy did not meet with the lawyers involved in drafting Beverley's testamentary documentation. Cathy avoided doing so to prevent learning, to the extent she did not already know, that Evan and Avi did not change or direct changes to Beverley's testamentary documentation

and distribution of inheritance. Evan and Avi make this allegation on information and belief based on the (i) the ready availability of the lawyers involved with the testamentary documentation and (ii) the fact Cathy has not mentioned meeting with the lawyer in any of her publications.

d.     On information and belief, Cathy did not meet with any financial advisors with J.P. Morgan or Morgan Stanley who could provide firsthand accounts of the investments made on Beverley's behalf. Cathy avoided doing so because those advisors would contradict Cathy's portrayal of those investments as irresponsible or otherwise improper. Evan and Avi make this allegation on information and belief based on the (i) the ready availability of the financial advisors and (ii) the fact Cathy has not mentioned meeting with an advisor in any of her publications.

e.     On information and belief, Cathy did not meet with any credit card company representatives who could provide firsthand information regarding the availability of credit card statements and the absence of any reports of improper charges by Evan or Avi. Cathy avoided doing so because those representatives would contradict Cathy's portrayal of the statements being unavailable and containing improper charges by Evan or Avi. Evan and Avi make this allegation on information and belief based on the (i) the ready availability of the representatives and (ii) the fact Cathy has not mentioned meeting with them in any of her publications.

177.   Four, prior to her publications, Cathy reviewed or had access to information that would contradict the statements and implications that she published and republished about Evan and Avi, including her statements and implications about Evan and Avi stealing money from their grandmother. For example:

a.     Evan and Avi did not steal from their grandmother. This can be demonstrated through a basic accounting of Beverley's accounts, which will demonstrate no improper or unearned transfer to Evan or Avi. Cathy either reviewed Beverley's accounts or chose not to because that review would have confirmed that Evan and Avi did not steal from Beverley.

b.     Evan and Avi were not "traveling to Israel almost every month, first class, staying in the fanciest hotels, [or] living large." This can be demonstrated by reviewing Beverley accounts and credit card statements, which will show (i) gifts and expenditures to many family members and (ii) no extravagant charges by Evan or Avi associated with trips to Israel. Cathy either viewed these accounts and credit card statements or purposefully avoided reviewing them because they contradicted her false narrative.

c.       Evan and Avi did not misuse or make unauthorized charges on Beverley's credit card. This can be demonstrated through an accounting of Beverley's credit card statements. A review of those charges will disclose who, if anyone, may have been making improper or unauthorized charges. Cathy either viewed these accounts and credit card statements or purposefully avoided reviewing them because they contradicted her false narrative.

d.       Four, Evan and Avi did not "enrich" themselves or make "millions" of dollars managing Beverley's account. Evan averaged approximately $263,000 per year (before taxes) over the five years that he worked with Beverley at J.P. Morgan. Avi averaged approximately $56,210 per year (before taxes) over the three-year period that he had a commission split with Evan. This information was disclosed during the FINRA proceeding. Cathy either reviewed/heard this testimony or she knew it was readily available to her.

e.       Six, Beverley's investment accounts generated over $30 million in net profits during the period that Evan served as her financial advisor. Beverley's account statements show that the overall size of the account grew when Evan took over the management.  Cathy either reviewed those account statements or she purposefully avoided reviewing them because they would contradict her false narrative. Moreover, this information was disclosed during the FINRA proceeding.  Cathy either reviewed/heard this testimony or she knew it was readily available to her.

178.    Five, prior to her publications, Cathy reviewed or had access to information that would contradict the statements and implications that she published and republished about Evan and Avi, including her statements about implications about Evan and Avi manipulating Beverley's will and trust documents to their benefit.  For example:

a.       Evan and Avi never misappropriated any properties from Beverley. The New York properties Cathy identifies—the Manhattan apartment and the Lincoln Center co-op—were lawfully conveyed a decade ago. In 2012, Beverley, with the assistance of a public notary, Arthur Bouchard, signed the deed of her New York Manhattan apartment to Evan and his older brother. Beverley legally transferred a co-op apartment in New York to Avi the following year. Beverley's filed tax returns establish that both New York properties were gifts and were treated as such in their tax treatment. Cathy either reviewed these documents or could have reviewed these documents.

b.       Evan and Avi have never controlled Beverley's will or made changes to Beverley's will. Cathy either reviewed or could have reviewed the will and

trust documents that would show that neither were revised at Evan or Avi's instruction or direction.

    c.    Cathy's father, Chuck, was one of the two trustees to Beverley's estate from 2011 to 2019. If Cathy discussed the will and trust changes with her father, he would have told her that Evan and Avi did not cause any changes or dictate the changes (assuming he was telling the truth). If she did not talk with her father, that would have been a purposeful avoidance of the truth because Cathy knew of her father's position and therefore his access of relevant information. Cathy either reviewed or could have reviewed the will and trust documents to learn that neither were revised at Evan or Avi's instruction or direction.

    d.    Evan and Avi and their parents have never been disproportionately recognized in Beverley's will and inheritance. The testamentary documents in place from 2011 to 2019 divided Beverley's trust equally between Beverley's four children, except for the two New York apartments and Beverley's Florida condo. Cathy either reviewed or could have reviewed the will and trust documents to learn that neither were revised to disproportionately benefit Evan, Avi or their parents.

    e.    Evan and Avi were not treated more favorably from other family members in relation to gifts provided by Beverley. Beverley has habitually gifted properties to family members, including Cathy. Cathy either reviewed or could have reviewed documentation establishing the similar treatment of family members, including credit card statements, banking records, and tax returns.

179.    Six, prior to her publications, Cathy reviewed or had access to information that would contradict the statements and implications that she published and republished about Evan and Avi, including her statements and implications about Evan and Avi destroying documents to conceal their alleged wrongdoing. For example:

    a.    Evan and Avi did not place a tracker on Beverley's credit card purchases, hide her statements, or destroy Beverley's credit card statements. Cathy reviewed or could have reviewed (i) information from the credit card companies, which will show there were no account alerts to Evan and (ii) the electronically available credit card statements, which will show that the information was always available.

    b.    Beverley instructed Evan to help shred her old investment account statements because she did not want or need them. At the FINRA proceeding, Beverley testified that she instructed Evan to shred these

documents. Cathy either reviewed/heard this testimony or she knew it was readily available to her.

c.  Beverley told J.P. Morgan that she was receiving too much paperwork, which is why she asked Evan to assist with the shredding of old investment account statements. At the FINRA proceeding, Beverley testified that she complained to J.P. Morgan about the volume of account documentation she received and wanted less. Cathy either reviewed/heard this testimony or she knew it was readily available to her.

d.  J.P. Morgan has records of Beverley calling and making complaints about the volume of documentation provided. For example, J.P. Morgan provided Beverley with a call log reflecting a phone conversation between her and one of its representatives. In that call, Beverley (1) confirmed that she received her statements regularly and reviewed them and (2) told the representative that "JPM sends me too much paper." This information was disclosed during the FINRA proceeding.  Cathy either reviewed/heard this testimony or she knew it was readily available to her.

e.  Beverley always had access to her account documentation through J.P. Morgan. Cathy either reviewed or could have reviewed information from J.P. Morgan showing that Beverley always had access to the account documentation, tax filings, and other accounting records. This would have demonstrated that the account documentation was not and could not have been concealed from Beverley.

180.  Seven, Cathy knew that many of her statements and implications about Evan and Avi were contradicted testimony by Cathy, Beverley and others during the FINRA proceedings. Cathy was aware of much of this testimony prior to her false and misleading statements, evidenced by her secret recordings. And, for other testimony, she knew it was available and the only reason she did not review it would be to avoid the truth.  For example:

a.  Cathy's testimony at the FINRA arbitration contradicts many of her false and defamatory accusations. For example, Cathy testified that she understood that the trust split the estate evenly between Beverley's four children with the exclusion of certain real properties.

b.  Beverley's testimony at the FINRA arbitration contradicts many of Cathy's false and defamatory accusations. For example, Beverley testified: (i) she told a J.P. Morgan representative that J.P. Morgan sends her too much paper about her account; (ii) she authorized Evan to shred old account documents; (iii) the documents Evan shredded were papers Beverley had possessed for a long time and were not recent statements from J.P. Morgan; and (iv)

Beverley has no testamentary documents that show her estate was changed to redivide assets or give Evan or Avi a larger share.

c.   Evan's testimony at the FINRA arbitration contradicts many of Cathy's false and defamatory accusations. For example, Evan testified: (i) Beverley asked him to shred documents that she had already opened to clean her apartment; (ii) any J.P. Morgan statements were available by request to J.P. Morgan and are incorporated into Beverley's tax forms; (iii) Evan bought many of the same investments he recommended to Beverley; and (iv) Evan discounted or waived commissions and concessions on Beverley's account.

181.   Eight, Cathy knew that many of her statements and implications about Evan and Avi were inconsistent with the FINRA panel's findings, which are being appealed. For example, the FINRA did not find that (i) Evan or Avi stole from Beverley or her account, (ii) Evan or Avi were enriched by millions of dollars through management of Beverley's account, (iii) that Evan or Avi or J.P Morgan engaged in "churning" of Beverley's accounts or investments; and (iv) damages were "allocated' for any specific acted allegedly committed by Evan or Avi.

### 2.   Cathy Has Spread False, Defamatory Accusations Against Evan and Avi to Injure Them and to Enrich Herself.

182.   Cathy has spread false information about Evan and Avi in pursuit of ulterior motives. First, Cathy sought to tear down Evan and Avi to grow her own inheritance. Cathy was jealous that Beverley had gifted them real properties. Cathy resented the fact that her father used to manage the estate, until Beverley transferred her portfolio to Evan. To unwind the benefits she believed Evan and Avi did not deserve, Cathy poisoned Beverley with lies about Evan and Avi. Cathy convinced Beverley that Evan and Avi stole from her, took money from her account, misappropriated assets from the estate, and destroyed evidence of their alleged wrongdoing. Cathy manipulated Beverley into believing these lies.

183.   In the end, Cathy's scheme was a success. In 2019, Beverley instructed a new estate attorney (whom she found with help of Cathy) to amend the trust to remove any inheritance she had assigned to Evan and Avi and any children they may have. Cathy was appointed as a successor

trustee of those new trust documents, along with her father. As a result, a significantly larger portion of the estate will be passed to Cathy's branch of the family, enriching her by millions of dollars she otherwise would not have received.

184.    Second, Cathy has been defaming Evan and Avi in a crusade for fame, a book deal, and an HBO series. Once Cathy persuaded the press to cover the FINRA proceedings that she instigated predicated on fabricated claims, she seized on the publicity to gain a public profile and commercialize her grandmother's "riveting story." Cathy has cared not about Evan and Avi or the harm that her publications are inflicting on them and their families. She has relentlessly spread false accusations against Evan and Avi to bring them shame and herself glory.

185.    Third, Cathy deceived Evan to obtain information and photographs she needed to promote her defamatory publications. Cathy abused her trust with Evan before he had any reason to suspect she was hurting him. Cathy struck an agreement with Beverley's attorney to trick Evan into divulging privileged, attorney-client communications to aid Beverley's case and prejudice Evan and Avi's defense. Cathy's deceit underscores that she defamed Evan and Avi with ill will. She aimed to cause them harm and has caused them severe harm.

## VI.    CATHY'S COPYRIGHT INFRINGEMENT IS USED TO DEFAME EVAN AND AVI.

186.    In spreading falsehoods about Evan and Avi, Cathy unlawfully used photographs of them in violation of copyright protections. She splashed family photographs across her website and social media platforms to further her false narrative. She also used the photographs to sell and promote her brand, speaking engagements, book deal, and HBO-optioned documentary.

187.    Cathy consistently uses the below photographs to harm Evan and Avi (herein referred to as Photograph 1 and Photograph 2).

### A.      Photograph 1

188.     Photograph 1 depicts Beverley, Avi, and Evan in Aventura, Florida.



189.     Caroline Schottenstein took Photograph 1 in 2011 in Aventura, Florida. As the photographer, Caroline was the owner of a valid copyright in Photograph 1 pursuant to 17 U.S.C. § 102(a). As the owner of the valid copyright in Photograph 1, Caroline has the exclusive rights to reproduce, publish, publicly display, distribute copies of, and create derivative works from Photograph 1, and assign her rights in Photograph 1 pursuant to 17 U.S.C. § 106(1)-(6).

190.     On June 17, 2022, Caroline Schottenstein transferred her copyright in Photograph 1 to Avi Schottenstein. (Exhibit 33, Transfer of Copyright of Photograph 1). On July 21, 2022, Avi Schottenstein registered his valid copyright of Photograph 1 with the Copyright Office, with registration number VAu 1-474-545. A copy of the Registration Record is attached hereto as Exhibit 34. (Exhibit 34, Registration of Photograph 1). As a result, Avi has ownership in the valid copyright of Photograph 1.

191.     Cathy has personally reproduced, published, publicly displayed, distributed copies of, and/or created derivative works from Photograph 1 numerous times, each time constituting an infringement of Avi's copyright protections in Photograph 1.

80

a.      Cathy used Photograph 1 on her website **twice.** *See* image available at https://cathyschottenstein.com/wp-content/uploads/2020/09/Nanny-and-Grandsons.jpg; *see also* Nanny and Family Gallery, https://cathyschottenstein.com/nanny-and-family-gallery/ (last visited February 13, 2023) (with caption "Nanny and her grandsons … Avi, and Evan (from left) in Bal Harbour, Florida.") (Exhibit 35).

b.      Cathy used Photograph 1 on her Instagram **six times**. *See* Instagram Post by @cathyschottenstein dated Dec. 2, 2021, https://www.instagram.com/p/CW_cmFXPUu0/ (Exhibit 36); Instagram Post by @cathyschottenstein dated Apr. 6, 2021, https://www.instagram.com/p/CNVb346HaYb/ (Exhibit 37); Instagram Post by @cathyschottenstein dated Mar. 23, 2021, https://www.instagram.com/p/CMx6P5NM7QR/ (Exhibit 38); Instagram Post by @cathyschottenstein dated Mar. 15, 2021, https://www.instagram.com/p/CMdX-rvHW7m/ (Exhibit 39); Instagram Post by @cathyschottenstein dated Mar. 12, 2021, https://www.instagram.com/p/CMU4judsL0N/ (Exhibit 40); Instagram Post by @cathyschottenstein dated Mar. 12, 2021, https://www.instagram.com/p/CMU1guSssbe/ (Exhibit 41).

c.      Cathy used Photograph 1 on her Facebook **five times.** *See* Facebook Post by Cathy Schottenstein dated Dec. 2, 2021, https://www.facebook.com/photo/?fbid=304498238346243&set=pb.10006 4031773722.-2207520000 (Exhibit 42); Facebook Post by Cathy Schottenstein dated Mar. 23, 2021, https://www.facebook.com/104197318376337/photos/pb.1000640317737 22.-2207520000../130695112393224 (Exhibit 43); Facebook Post by Cathy Schottenstein dated Apr. 21, 2021 (video at 0:50), https://www.facebook.com/CathySchottenstein/videos/281934113572883 (Exhibit 44 (Post of Video) and Exhibit 44-1 (Video)); Facebook Post by Cathy Schottenstein dated Apr. 6, 2021 (video at 1:47), https://www.facebook.com/CathySchottenstein/videos/287912172743909 (Exhibit 45 (Post of Video) and Exhibit 45-1 (Video)); Facebook Post by Cathy Schottenstein dated Mar. 15, 2021 (video at 0:00), https://www.facebook.com/CathySchottenstein/videos/45831481536896 (Exhibit 46 (Post of Video) and Exhibit 46-1 (Video)).

d.      Cathy used Photograph 1 on her LinkedIn profile **three times.** *See* LinkedIn Post created by Cathy Schottenstein at https://www.linkedin.com/posts/cathy-schottenstein-pattap-55a840206_elderabuse-beverleyschottenstein-activity-6777379098118430720-mrVL/ (Exhibit 47); *id.* at https://www.linkedin.com/posts/cathy-schottenstein-pattap-55a840206_metoo-activity-6790709529635028992-RHk0 (Exhibit 48 (embedded in video, *see* Exhibit 20 for full video version)); *id.* at

https://www.linkedin.com/posts/cathy-schottenstein-pattap-55a840206_acquistionannouncement-benbella-acquistions-activity-6872248013750906880-_jOL (Exhibit 49).

e.   Cathy used Photograph 1 on her YouTube channel **three times.** (Exhibit 13, Cathy Schottenstein, *Financial Elder Abuse: Matriarch of a Famous Family, 94, Triumphs in Court*); (Exhibit 19, Cathy Schottenstein, *Where to Turn When Institutions Betray Us?*); (Exhibit 20, Cathy Schottenstein, *My Grandmother, 94, is Part of the #MeToo Movement*).

192.   Cathy personally reproduced, published, publicly displayed, distributed copies of, and/or created derivative works from Photograph 1 of Beverley, Avi, and Evan **19 times** across her various Internet and social media platforms.

193.   Cathy also reproduced, published, publicly displayed, and/or distributed copies of Photograph 1 to media outlets to personalize, add credibility to, and amplify the accusations Cathy has made about Evan and Avi. *See* Exhibit 2, Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*; *see also* Matt Goldman & Brian Schildhorn, *At 93, She Waged War on JPMorgan and Her Own Grandsons*, BLOOMBERG STORYLINES (Apr. 27, 2021, 12:42 PM), https://www.bloomberg.com/news/videos/2021-04-27/at-93-she-waged-war-on-jpmorgan-and-her-own-grandsons-video (Exhibit 50, video embedded); Jim Weiker, *Schottenstein Grandsons Accused of Scamming Grandmother, Mismanaging Her $80-million-plus Estate*, THE COLUMBUS DISPATCH (Feb. 18, 2021, 10:18 AM), https://www.dispatch.com/story/business/2021/02/18/schottenstein-grandsons-found-liable-mistreating-grandmother/6782401002/ (quoting Cathy and attributing photograph to Beverley Schottenstein) (Exhibit 51); Dave Ghose, *Growing Up Schottenstein: The Blessing and Burden or Belonging to Columbus' Last Dynasty*, COLUMBUS MONTHLY (Feb. 22, 2022, 11:26 AM), https://www.columbusmonthly.com/story/lifestyle/features/2022/02/22/schottenstein-family-

inside-columbus-last-dynasty/6883764001/ (quoting Cathy and attributing photograph to Beverley Schottenstein) (Exhibit 52).

194.    Cathy reproduced Photograph 1 and prominently displayed it on Beverley's mantel in advance of a video interview with Bloomberg, whereby Cathy publicly displayed Photograph 1. (*See* Exhibit 2 and 51, Tom Schoenberg, *At 93, She Waged War on JPMorgan—and Her Own Grandsons*).

195.    Upon information and belief, Cathy reproduced, published, and/or distributed copies of Photograph 1 to reporters and other news outlets no less than **four times**.

196.    Photograph 1 has never been shared to the public by Avi or Caroline Schottenstein.

197.    Photograph 1 was sent to Cathy by Evan at Cathy's repeated requests for family photographs with the sole purpose of showing the photographs to Beverley. Cathy claimed that she needed the family photographs to show to Beverley to ease the family tension caused by the FINRA proceedings and to facilitate a reconciliation. Under these false pretenses, Evan provided Cathy access to Photograph 1. Cathy never informed Evan or Avi that she would give Photograph 1 to reporters or share it on her website, Facebook, LinkedIn, YouTube channel and Instagram.

198.    Cathy has never had permission to reproduce, publish, publicly display, distribute copies of, or created derivative works of Photograph 1. Before Caroline Schottenstein transferred the copyright to Avi, Caroline never gave Cathy permission to reproduce, publish, publicly display, distribute copies of, or created derivative works of Photograph 1. Since the transfer of the copyright to Avi, Avi has never given Cathy permission to reproduce, publish, publicly display, distribute copies of, or created derivative works of Photograph 1.

199.    Cathy's repeated reproduction, publication, public display, distribution, and/or creation of derivative works of Photograph 1 shows willful infringement of Avi's valid copyright

in Photograph 1. Cathy's repeated reproduction, publication, public display, distribution, and/or creation of derivative works of Photograph 1 shows willful infringement. Cathy has repeatedly used Photograph 1 without permission solely for her financial gain. Each use of Photograph 1 detailed above was done in conjuncture with promoting her website, book deal, and HBO story. Cathy used Photograph 1 in connection with the defamatory statements for financial gain. Photograph 1 is reproduced, published, publicly displayed, distributed, and incorporated prominently with her promotions for her book and other publications.

### B.    Photograph 2

200.    Photograph 2 depicts Beverley, Avi, and Avi's infant son.



201.    Avi's wife, Hana, took Photograph 2 in 2018. As the photographer, Hana was the owner of a valid copyright in Photograph 2 pursuant to 17 U.S.C. § 102(a). As the owner of a valid copyright in Photograph 2, Hana has the exclusive rights to reproduce, publish, publicly display, distribute copies of, and create derivative works from Photograph 2, and to assign her rights in Photograph 2 pursuant to 17 U.S.C. § 106(1)-(6).

202.    On June 17, 2022, Hana transferred her copyright in Photograph 2 to Avi Schottenstein. (Exhibit 53, Transfer of Copyright to Photograph 2). On July 21, 2022, Avi Schottenstein registered his valid copyright of Photograph 2 with the Copyright Office, with registration number VAu 1-474-547. A copy of the Registration Record is attached hereto as Exhibit 54. (Exhibit 54, Registration of Photograph 2).  As a result, Avi has ownership in the valid copyright of Photograph 2.

203.    Cathy has despicably reproduced, published, publicly displayed, distributed copies of, and/or created derivative works from Photograph 2 numerous times, each time constituting an infringement of Avi's copyright protections in Photograph 2.

204.    Cathy reproduced, published, publicly displayed, distributed copies of, and/or created derivative works from Photograph 2 on her website as a part of an article she wrote for her website. (Exhibit 35).

205.    Cathy also reproduced, published, publicly displayed, distributed copies of, and/or created derivative works from Photograph 2 on her website as part of a "Nanny and Family Gallery." (Exhibit 35, *Nanny and Family Gallery*, CATHY SCHOTTENSTEIN, https://cathyschottenstein.com/nanny-and-family-gallery/  (last visited February 13, 2023) (with caption "Avi, Nanny and baby").

206.    Photograph 2 has never been shared to the public by Avi or Hana.

207.    Evan sent Photograph 2 to Cathy because she repeatedly requested family photographs under the pretense of reuniting the family. Because of that lie, Evan provided Cathy access to Photograph 2. Cathy never informed Evan or Avi that she would be sharing Photograph 2 on her website.

208.    Cathy has never had permission to reproduce, publish, publicly display, distribute copies of, or create derivative works from Photograph 2. Before Hana transferred the copyright to Avi, Hana never gave Cathy permission to reproduce, publish, publicly display, distribute copies of, or create derivative works from Photograph 2. Since the transfer of the copyright to Avi, he has never given Cathy permission to reproduce, publish, publicly display, distribute copies of, or create derivative works from Photograph 2.

209.    Cathy's repeated reproduction, publication, public display, distribution, and/or creation of derivative works of Photograph 2 shows willful infringement. Cathy has repeatedly used Photograph 2 without permission solely for her financial gain. Each use of Photograph 2 detailed above was done in conjuncture with promoting her website, book deal, and HBO story. Cathy used Photograph 2 in connection with the defamatory statements for financial gain. Photograph 2 is reproduced, published, publicly displayed, distributed, and incorporated prominently with her promotions for her book and other publications.

## VII.    CATHY'S FACTUALLY INACCURATE STATEMENTS HAVE CAUSED CONSIDERABLE DAMAGE TO EVAN AND AVI.

210.    Cathy's statements have caused considerable damage to Evan and Avi's reputations and relationships. Prior to Cathy's campaign, Evan and Avi were known in their community as honest, law-abiding citizens. Now, because of Cathy's campaign, family members, friends, colleagues and other previously close contacts have estranged themselves from Evan and Avi.

211.    Cathy's statements have caused extreme mental anguish and emotional distress. Evan and Avi's once close relationship with their grandmother is ruined, as well as the relationships with other friends and family members.

212.    Evan and Avi suffer from anxiety, depression, mood changes, loss of sleep, headaches, and fatigue because of the anguish and duress Cathy has caused them. These physical

symptoms have consumed Evan and Avi's lives and made it hard for them to carry out everyday functions.

213.    Evan and Avi have lost business and job opportunities because of Cathy's systematic campaign. Whenever someone conducts an internet search for either Evan or Avi, Cathy's website is one of the first links to appear.

214.    Given the reach of Cathy's website, the podcasts she appeared on to make defamatory statements, and the re-sharing and re-posting of everything related to Evan and Avi on her social media platforms, Cathy reasonably foresaw and anticipated that her statements would be seen by individuals throughout the country and even internationally, as she provided at least one interview for a news broadcast in Israel.

## CAUSES OF ACTION

### COUNT ONE
### (DEFAMATION)

215.    Evan and Avi repeat and reallege each and every allegation contained above as if fully set forth herein.

216.    Cathy published and republished defamatory statements of fact.

217.    Evan and Avi are not public figures.

218.    The defamatory statements were false.

219.    The factually inaccurate defamatory statements are defamatory *per se* because Cathy has falsely accused and implied that Evan and Avi are criminal thieves and liars by: (1) "robbing" millions of dollars from their grandmother; (2) misappropriating real properties and other assets from her estate; and (3) destroying evidence of their alleged "crimes." These statements are so obviously defamatory and damaging to a person's reputation that they give rise to an absolute presumption both of malice and damage.

220.     The defamatory statements were communicated to a person or persons other than Cathy, including those located in Florida and this District. Cathy's website, where one can locate all the statements referenced in this Complaint, is accessible in Florida. Many of the statements published were made in Florida, including statements made by Cathy.

221.     Cathy knew that the statements were false when she communicated them. She communicated the statements with reckless disregard for their truth or falsity. Cathy also negligently failed to ascertain the falsity of the statements before communicating them.

222.     Evan and Avi have suffered, and will continue to suffer, reputational harm as a direct result of Cathy's defamation. Evan and Avi have also suffered actual and consequential damages, in an amount that will be proven at trial, as a direct result of Cathy's defamation, including but not limited to reputational harm, emotional distress and mental anguish, and the costs associated with attempting to correct the injury caused by Cathy's defamation.

## COUNT TWO
## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

223.     Evan and Avi repeat and reallege each and every allegation contained above as if fully set forth herein.

224.     Cathy's conduct has been outrageous and intentional. Cathy knowingly told her then 92-year-old grandmother lies about Evan and Avi—that they had stolen from her estate, misappropriated assets by changing her will, destroyed evidence of their alleged wrongdoing, and committed "crimes" against her—to destroy the relationship between Evan, Avi and Beverley. That relationship has been destroyed. Cathy then deceived Evan into providing privileged attorney-client communications, which she relayed to Beverley's counsel for several weeks before the arbitration commenced.

225.     Cathy also tricked Evan and Avi into sending her personal photographs, including of Avi's infant son, which she provided to media outlets to publicize Beverley's FINRA action. Cathy told Evan that she was trying to bring peace to the family and persuade Beverley to stop suing her grandsons. In fact, Cathy was doing the opposite: she drafted the accusations; arranged Beverley's retention of counsel; facilitated Beverley's hiring of new financial advisors; assisted Beverley's counsel in the FINRA action; and ensured that conflict, not peace, would define the family's future.

226.     While Cathy harmed Evan and Avi, she received a $1.8 million condominium and larger inheritance, after Beverley disinherited Evan and Avi's side of the family.

227.     Cathy also created a website during the arbitration to use as a vehicle to post and republish false, defamation accusations against Evan and Avi to destroy their reputations. Cathy liaised with media outlets to disseminate and amplify the accusations. To this day, Cathy continues to plot against Evan and Avi, including through a forthcoming book to be published and a limited series with HBO, to humiliate them and ruin their lives.

228.     The emotional distress that Evan and Avi have suffered is so intense and long-lasting that no reasonable person could be expected to endure it. They have lost their relationship with their grandmother. They have lost friendships. They have lost their livelihoods. Their lives will never be the same. Yet Cathy persists, knowingly lying about them in pursuit of fame.

229.     Because of Cathy's extreme and outrageous conduct, Evan and Avi have suffered such grief, fear, shame, humiliation, anxiety, and depression that that the distress impacts their daily lives. The loss of familial and personal relationships has devastated them. The accusations of criminality that Cathy concocted, convinced Beverley to believe, and spread through publications have attached to Evan and Avi.

230.    Evan and Avi suffer from anxiety, depression, mood changes, loss of sleep, headaches, and fatigue. These physical symptoms have consumed Evan and Avi's lives and made it hard for them to carry out everyday functions.

231.    Evan and Avi have suffered permanent injuries, humiliation, embarrassment and damage to their reputations as a result of Cathy's actions.

**COUNT THREE**
**(COPYRIGHT INFRINGEMENT - PHOTOGRAPH 1)**

232.    Evan and Avi repeat and reallege each and every allegation contained above as if fully set forth herein.

233.    Avi Schottenstein holds the valid copyright in Photograph 1 as registered with the U.S. Copyright Office. *See* Exhibit 2.

234.    Upon information and belief, Cathy has reproduced, published, publicly displayed, distributed, and/or created derivative works of Photograph 1 approximately 26 times without permission or license from Avi.

235.    Cathy willfully and intentionally infringed Avi's copyrights in Photograph 1 by reproducing, publishing, publicly displaying, distributing, and/or creating derivative works of Photograph 1 in violation of 17 U.S.C. § 501 et seq.

236.    Upon information and belief, Cathy has made and will continue to make substantial profits and gains for her infringing use of Photograph 1 to which she is not entitled to in law or equity.

237.    Upon information and belief, Cathy intends to continue her infringing acts unless restrained by this Court.

238.    Cathy's acts have damaged and will continue to damage Avi, and he has no adequate remedy at law.

## COUNT FOUR
## (COPYRIGHT INFRINGEMENT - PHOTOGRAPH 2)

239.    Evan and Avi repeat and reallege each and every allegation contained above as if fully set forth herein.

240.    Avi Schottenstein holds the valid copyright in Photograph 2 as registered with the US Copyright Office. *See* Exhibit 4.

241.    Upon information and belief, Cathy has reproduced, published, publicly displayed, distributed, and/or created derivative works of Photograph 2 at least twice without permission or license from Avi.

242.    Cathy intentionally infringed Avi's copyrights in Photograph 2 by reproducing, publishing, publicly displaying, distributing and/or creating derivative works of Photograph 2 in violation of 17 U.S.C. § 501 *et seq.*

243.    Upon information and belief, Cathy has made and will continue to make substantial profits and gains for her infringing use of Photograph 2 to which she is not entitled to in law or equity.

244.    Upon information and belief, Cathy intends to continue her infringing acts unless restrained by this Court.

245.    Cathy's acts have damaged and will continue to damage Avi and he has no adequate remedy at law.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Evan and Avi Schottenstein respectfully request that this Court:

     a.   award Plaintiffs Evan and Avi Schottenstein actual and consequential damages in an amount to be determined at trial;

b.   order Defendant Cathy Pattap to retract her defamatory publications from her website and social media platforms, including, Facebook, LinkedIn, Instagram, and YouTube;

c.   enjoin Defendant Cathy Pattap during the pendency of this action and permanently from infringing in Plaintiffs Evan and Avi Schottenstein's respective copyright in Photograph 1 and 2;

d.   order Defendant Cathy Pattap to pay Plaintiff Avi Schottenstein damages sustained as a result of her infringement of said copyrights, including actual damages the court deems proper within the provisions of the Copyright Act and damages for willful copyright infringement;

e.   award Plaintiffs Evan and Avi Schottenstein punitive damages; and

f.   grant Plaintiffs Evan and Avi Schottenstein such other and further relief as the court deems just and proper.

## JURY DEMAND

Plaintiffs request a trial by jury on all matters raised herein.

Dated: February 14, 2023

J. Erik Connolly (*pro hac vice forthcoming*)
    Illinois ARDC No. 6269558
    Email: econnolly@beneschlaw.com
Lee B. Muench (*pro hac vice forthcoming*)
    Illinois ARDC No.
    Email: lmuench@beneschlaw.com
Brooke M. Rogers (*pro hac vice forthcoming*)
    Illinois ARDC No. 6333252
    Email: brogers@beneschlaw.com

    *-and-*

Matthew Langley
    FL Bar No. 97331
    Email: mlangely@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Evan and Avi Schottenstein*