UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Evan and Avi Schottenstein,

    Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

    Defendant.

CASE NO. 1:23-CV-20604

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of J. Erik Connolly of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, (312) 212-4961, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit J. Erik Connolly to receive electronic filings in this case, and in support thereof states as follows:

    1.    J. Erik Connolly is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois & Supreme Court of Illinois, U.S. Court of Appeals for the Seventh Circuit, U.S. District Court, Northern District of Illinois, and U.S. District Court, Eastern District of Michigan.

    2.    Movant, Matthew Langley, Esquire, of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, (312) 212-4961, is a member in good standing of The Florida Bar and the United States District Court for the Southern

1

District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, J. Erik Connolly has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. J. Erik Connolly, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to J. Erik Connolly at email address: econnolly@beneschlaw.com.

WHEREFORE, Matthew Langley, moves this Court to enter an Order J. Erik Connolly, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to J. Erik Connolly.

Dated: February 15, 2023

Respectfully submitted,

By: */s/ Matthew Langley*
Matthew Langley (FL ID 97331)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Evan and Avi Schottenstein,

        Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

        Defendant.

CASE NO. 1:23-CV-20604

**CERTIFICATION OF J. ERIK CONNOLLY**

    J. Erik Connolly, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Supreme Court of Illinois, U.S. Court of Appeals for the Seventh Circuit, U.S. District Court, Northern District of Illinois, and U.S. District Court, Eastern District of Michigan; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                   J. Erik Connolly

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Evan and Avi Schottenstein,

    Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

    Defendant.

CASE NO. 1:23-CV-20604

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for J. Erik Connolly, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. J. Erik Connolly, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to J. Erik Connolly, at econnolly@beneschlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of February, 2023.

                                                                                   United States District Judge

Copies furnished to: All Counsel of Record