IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| Evan and Avi Schottenstein, <br><br> Plaintiffs, <br><br> vs. <br><br> Cathryn Rebecca Schottenstein-Pattap <br><br> Defendant. | CASE NO. 1:23-CV-20604 |

**MOTION FOR LEAVE TO FILE AN UNREDACTED COPY OF THE COMPLAINT <u>UNDER SEAL</u>**

Plaintiffs, by and through their undersigned counsel, hereby move the Court for leave to file an unredacted version of their Complaint under seal pursuant to Administrative Procedures Rule 5A and 9B and Local Rule 5.4. In support of this motion, Plaintiffs hereby state as follows:

1. Plaintiffs filed a Complaint in the United States District Court for the Southern District of Florida, Miami Division.

2. Plaintiffs' Complaint alleges claims for defamation, intentional infliction of emotional distress, and violations of the Copyright Act of 1976.

3. Plaintiffs' Complaint contains excerpts of testimony from a Financial Industry Regulatory Authority (FINRA) arbitration (hereinafter "FINRA Arbitration"). The case number for the FINRA arbitration is FINRA Arb. No. 19-02053.

4. As part of the proceedings, the parties signed a Confidentiality Stipulation regarding the disclosure of confidential materials. The excerpts of testimony Plaintiffs have used do not contain confidential information. Nevertheless, out of an abundance of caution, Plaintiffs seek leave to file a version of their Complaint that redacts out the FINRA testimony under seal. Plaintiffs have also filed a public version of their complaint with minor redactions.

5. Accordingly, pursuant to Administrative Procedures Rule 5A and 9B and Local Rule 5.4, Plaintiffs request leave to file an unredacted copy of their Complaint under seal with a redacted version on the public record.

**WHEREFORE,** Plaintiffs respectfully request entry of an order granting them leave to file an unredacted version of their Complaint under seal.

Respectfully submitted on February 15, 2023,

    */s/ J. Erik Connolly*
J. Erik Connolly (*pro hac vice pending*)
    Illinois ARDC No. 6269558
    Email: econnolly@beneschlaw.com
Lee B. Muench (*pro hac vice pending*)
    Illinois ARDC No. 6305846
    Email: lmuench@beneschlaw.com
Brooke M. Rogers (*pro hac vice pending*)
    Illinois ARDC No. 6333252
    Email: brogers@beneschlaw.com

-and-

    */s/ Matthew Langley*
Matthew Langley
    Florida Bar No. 97331
    Email: mlangely@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for the Plaintiffs Evan and Avi Schottenstein*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| Evan and Avi Schottenstein, <br><br> Plaintiffs, <br><br> vs. <br><br> Cathryn Rebecca Schottenstein-Pattap <br><br> Defendant. | CASE NO.   1:23-CV-20604    |

**ORDER GRANTING MOTION TO FILE AN UNREDACTED COPY OF THE COMPLAINT UNDER SEAL**

**THIS CAUSE** came before this Court on Plaintiffs Motion to for leave to file an unredacted version of their Complaint under seal (the "Motion"). This Court, having been fully advised on the relevant premise and being otherwise informed, **ORDERS AND ADJUDGES** the following:

The Motion is **GRANTED**. Plaintiffs are hereby permitted to file an unredacted copy of the Complaint under seal.

**DONE AND ORDERED** in Miami-Dade, Florida, this ___ day of February 2023.

_____
UNITED STATES DISTRICT JUDGE
Judge K. Michael Moore