IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Evan and Avi Schottenstein,                 CASE NO.: 1:23-CV-20604

    Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.4(b), Defendant Cathryn Rebecca Schottenstein-Pattap moves to file under seal an unredacted version of her forthcoming motion to dismiss as well as certain exhibits, which will be filed this Monday, May 15, 2023. Plaintiffs are not opposed to this motion.

In her motion to dismiss, Defendant will be referencing documents and other evidence from a 2020 Financial Industry Regulatory Authority ("FINRA") arbitration proceeding. Those proceedings, including documents referenced therein, were referenced repeatedly in the complaint, which, too, was partially redacted. While Defendant contests that the testimony and evidence should be kept confidential, Defendant is seeking to file these materials under seal consistent with her agreement with Plaintiffs' counsel as well as the confidentiality stipulation entered into in the FINRA proceeding.

Defendant requests that the Court depart from the policy that court filings are public because of the asserted confidentiality protections associated with the FINRA proceedings by Plaintiffs. Accordingly, Defendant requests leave to file the unreacted motion and certain exhibits under seal on the public docket in order to provide the Court with unredacted submissions. Defendant will subsequently file redacted copies of those materials on the public docket and will

otherwise serve the Plaintiffs with unredacted copies pursuant to Local Rule. Defendant requests that the sealing of these documents be permanent subject to further order or modification from this Court.

WHEREFORE, Defendant respectfully requests that the Court seal her unredacted version of her forthcoming motion to dismiss and certain accompanying exhibits, and grant such other and further relief as it deems just and proper.

## CERTIFICATE OF CONFERRAL

Counsel for Defendant certifies, pursuant to Southern District of Florida Local Rule 7.1(a)(3), that it has conferred with counsel for Plaintiffs regarding this motion, and Plaintiffs are not opposed to the relief requested herein.

Respectfully submitted: May 12, 2023.

By: /s/ *Dwayne A. Robinson*
Dwayne A. Robinson, Esq.
Fla. Bar No. 0099976
Email: drobinson@kttlaw.com
Javier A. Lopez, Edq.
FL Bar No. 16727
Email: jal@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Tel.: 305-372-1800
Fax: 305-372-3508
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 12th day of May 2023, and served by the same means on all counsel of record.

By: /s/ *Dwayne A. Robinson*