## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Evan and Avi Schottenstein,

    Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

    Defendant.

CASE NO. 1:23-CV-20604

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Craig L. Sanders of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, (312) 624-6332, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Craig L. Sanders to receive electronic filings in this case, and in support thereof states as follows:

    1.    Craig L. Sanders is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois & U.S. District Court, Northern District of Illinois, U.S. District Court, Western District of Michigan, and U.S. Court of Appeals for the Seventh Circuit.

    2.    Movant, Matthew Langley, Esquire, of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606, (312) 212-4961, is a member in good standing of The Florida Bar and the United States District Court for the Southern

1

District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Craig L. Sanders has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Craig L. Sanders, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Craig L. Sanders at email address: csanders@beneschlaw.com.

WHEREFORE, Matthew Langley, moves this Court to enter an Order Craig L. Sanders, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Craig L. Sanders.

Dated: June 1, 2023

Respectfully submitted,

By: */s/ Matthew Langley*
Matthew Langley (FL ID 97331)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Evan and Avi Schottenstein,

    Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

    Defendant.

CASE NO. 1:23-CV-20604

**CERTIFICATION OF CRAIG L. SANDERS**

    Craig L. Sanders, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State of Illinois & U.S. District Court, Northern District of Illinois, U.S. District Court, Western District of Michigan, and U.S. Court of Appeals for the Seventh Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                                         Craig L. Sanders

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Evan and Avi Schottenstein,

        Plaintiffs,

vs.

Cathryn Rebecca Schottenstein-Pattap

        Defendant.

CASE NO. 1:23-CV-20604

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Craig L. Sanders, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Craig L. Sanders, may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Craig L. Sanders, at csanders@beneschlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of June, 2023.

_____
United States District Judge

Copies furnished to: All Counsel of Record